UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE T. VASQUEZ,<br><br>   Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:17-cv-02194-APM<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Plaintiff's Unopposed Motion To Sever Claims Against Illinois Defendants And To Transfer Such Claims To The Northern District Of Illinois, and for good cause shown, it is this 1st day of May, 2018, hereby

ORDERED that Plaintiff's Motion is GRANTED and that the claims set forth in Counts I through VIII of Plaintiff's Amended Complaint shall be and hereby are severed from the claims set forth in Counts IX through XII.

IT IS FURTHER ORDERED, pursuant to 28 U.S.C. §1404(a), that the claims set forth in Counts I through VIII of Plaintiff's Amended Complaint shall be and hereby are transferred to the U.S. District Court for the Northern District of Illinois. The claims set forth in Counts IX through XII shall remain in this Court.

/s/ Amit P. Mehta
Amit P. Mehta
United States District Court Judge