UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE T. VASQUEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:17-cv-02194-APM |

## JOINT STATUS REPORT

Pursuant to the Court's January 5, 2021, Order, the parties jointly inform the Court that, following numerous unsuccessful attempts to serve Officer Ruben Agosto, Teresa Quon Hyden, Assistant General Counsel of the Metropolitan Police Department, accepted service on behalf of Officer Agosto on December 22, 2020.

Defendants propose to serve a dispositive motion by January 27, 2021. The parties propose a deadline of February 26, 2021, for Plaintiff's Opposition to the motion and a deadline of March 19, 2021, for Defendants' Reply. The parties also propose a May 21, 2021, deadline for completion of mediation in this matter.

|  |  |
|---|---|
| /s/ Creighton R. Magid | Respectfully Submitted, |
| Creighton R. Magid #476961 | KARL A. RACINE |
| DORSEY & WHITNEY LLP | Attorney General for the District of Columbia |
| 1401 New York Ave., NW, Suite 900 |  |
| Washington, D.C. 20005 | CHAD COPELAND |
| Telephone: (202) 442-3555 | Deputy Attorney General |
| Fax: (202) 442-3199 | Civil Litigation Division |
| Email: magid.chip@dorsey.com |  |

*Counsel for Plaintiff*

Date:  January 8, 2021

*/s/ Alicia M. Cullen*
ALICIA M. CULLEN [1015227]
Chief, Civil Litigation Division, Section III

*/s/ Michelle G. Hersh*
ROBERT A. DEBERARDINIS, JR. [335976]
Senior Assistant Attorney General
MICHELLE G. HERSH [980097]
Assistant Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone:  202-724-6642; 202-807-0360
Fax:  202-741-8895; 202-741-8982
E-mail:  robert.deberardinis@dc.gov;
michelle.hersh@dc.gov

*Counsel for Defendants District of Columbia and Officer Ruben Agosto*