UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSE T. VASQUEZ,

    *Plaintiff*,

v.

COUNTY OF WILL, ILLINOIS, *et al.*,

    *Defendants*.

Civil Action No. 1:17-cv-02194-APM

### DEFENDANTS DISTRICT OF COLUMBIA AND RUBEN AGOSTO'S MOTION FOR SUMMARY JUDGMENT

    Defendants District of Columbia (the District) and Officer Ruben Agosto (Officer Agosto) respectfully move under Fed. R. Civ. P. 56(a) for summary judgment on all claims in Plaintiff's Third Amended Complaint [79]. Plaintiff cannot prove that Officer Agosto (Count IV) violated his constitutional rights and Officer Agosto is nonetheless entitled to qualified immunity. Plaintiff cannot prove any *Monell* claim against the District (Counts V, VI, VII) under any of his theories. Plaintiff's false arrest/imprisonment claim (Count I) and malicious prosecution claim (Count II) fail as a matter of law. And Plaintiff's negligence claim for the March 2017 arrest fails for lack of expert testimony.

    A memorandum of points and authorities, a statement of undisputed material facts, and a proposed order are attached for the Court's consideration.

Date:  January 25, 2021

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Alicia M. Cullen
ALICIA M. CULLEN [1015227]
Chief, Civil Litigation Division, Section III

/s/ Robert A. DeBerardinis, Jr.
ROBERT A. DEBERARDINIS, JR. [335976]
Senior Assistant Attorney General
MICHELLE G. HERSH [980097]
Assistant Attorney General
400 6th Street NW.
Washington, D.C. 20001
Phone:  202-724-6642; 202-807-0360
Fax:  202-741-8895; 202-741-8982
Email:  robert.deberardinis@dc.gov;
michelle.hersh@dc.gov

*Counsel for Defendants District of Columbia and Ruben Agosto*