UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSE T. VASQUEZ,

    *Plaintiff*,

v.

COUNTY OF WILL, ILLINOIS, *et al.*,

    *Defendants*.

Civil Action No. 1:17-cv-02194-APM

### DEFENDANTS DISTRICT OF COLUMBIA AND RUBEN AGOSTO'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Defendants District of Columbia (the District) and Ruben Agosto (Officer Agosto), through counsel, pursuant to Fed. R. Civ. P. 56(c)(1) and Local Civil Rule 7(h), submit the following Statement of Undisputed Material Facts.

1.    On October 23, 2016, at approximately 10:30 p.m., Plaintiff Jose Vasquez was operating a vehicle in the 5400 block of Georgia Avenue, NW, in the District of Columbia, and was stopped by Officer Terrence Sutton with the Metropolitan Police Department (MPD) for not having his headlights on.  MPD Arrest Packet for CCN 16180797, attached as Exhibit 1.

2.    During the traffic stop, Plaintiff provided Officer Sutton with his driver's license and registration after which Officer Sutton checked Plaintiff's license status and criminal history in the NCIC database.  *Id.*

3.    Plaintiff's criminal status check showed an outstanding homicide warrant from Will County, Illinois.  *Id.*

4. The NCIC entry identified the subject of the warrant as Jose Vasquez with Plaintiff's date of birth and Plaintiff's social security number. October 23, 2016 NCIC printout, attached as Exhibit 2.

5. Officer Sutton had Plaintiff confirm his social security number, which matched the social security number provided for the subject of the Will County, Illinois warrant. Deposition of Terrence Sutton (Sutton Dep.) at 17:12-18, attached as Exhibit 3; October 23, 2016 NCIC printout, attached as Exhibit 2.

6. Officer Sutton confirmed the warrant through the dispatcher using Plaintiff's name and date of birth and contacted MPD's teletype unit to notify Illinois. Deposition of Sutton Dep. at 9:5-15, attached as Exhibit 3.

7. Plaintiff was arrested for being a Fugitive from Justice and transported to the Fourth District for processing. MPD Arrest Packet for CCN 16180797, attached as Exhibit 1.

8. On October 24, 2016, Officer Ernest Cole with MPD's Fugitive Unit verified through NCIC that the warrant Plaintiff had been arrested on was active and that Plaintiff would be extradited on the warrant. Officer Ernest Cole Affidavit in Support of an Arrest Warrant (Cole Affidavit), attached as Exhibit 4.

9. Officer Cole sent a "hit and locate" to Will County, Illinois – a teletype message notifying Will County that MPD was holding the subject of the warrant and seeking confirmation that they will extradite him. Deposition of Ernest Cole (Cole Dep.) at 21:12-22:4, attached as Exhibit 5.

10. Officer Cole prepared an Affidavit in Support of an Arrest Warrant and presented it to the United States Attorney's Office for the District of Columbia to open a case. Cole Affidavit, attached as Exhibit 4; Cole Dep. at 12:3-21, attached as Exhibit 5.

11. On October 24, 2016, a Fugitive from Justice charge was filed against Plaintiff, who was then arraigned on that charge and ordered held without bond with an extradition hearing scheduled for November 23, 2016. JUSTIS printout for Plaintiff's 2016 Fugitive from Justice case, attached as Exhibit 6.

12. On October 28, 2016, Officer Ruben Agosto with MPD's Fugitive Unit emailed Sergeant Paul Rojek with the Will County Sheriff's Office a photograph of Plaintiff along with his biographical information and his fingerprints. October 28, 2016 emails from Officer Ruben Agosto to Sergeant Paul Rojek, attached as Exhibit 7.

13. Officer Agosto was not assigned to this case; he merely responded to the request from Will County authorities when they were seeking information about Plaintiff. Deposition of Ruben Agosto (Agosto Dep.) at 20:21-21:3 attached as Exhibit 8.

14. After providing the requested information to Will County, Officer Agosto had no reason to believe that anything further would be required of him on this matter. Agosto Dep. at 23:19-25:18, attached as Exhibit 8.

15. Sergeant Rojek sent Plaintiff's fingerprints to a detective with the Joliet (Illinois) Police Department to have them compared to the fingerprints of the subject of the Will County warrant, and the fingerprint comparison revealed that Plaintiff was not the subject of the warrant. Deposition of Paul Rojek (Rojek Dep.) at 16:4-18:15, attached as Exhibit 9; October 28, 2016 e-mails from Officer Ruben Agosto to Sergeant Paul Rojek, attached as Exhibit 7.

16. On October 28, 2016, after receiving confirmation that Plaintiff was not the subject of the Will County warrant, a teletype message was sent to MPD, to the attention of the Warrant/Fugitive Squad, informing them that Plaintiff was not the subject of the Will County warrant and instructing MPD to release any holds they had on Plaintiff for Will County. Rojek

Dep. at 7:12-8:23, attached as Exhibit 9; October 28, 2016 teletype message, attached as Exhibit 10.

17.     In October 2016, it was MPD Teletype Unit's practice that, when a teletype message references a particular person, they would print out the message, place it in the Fugitive Unit's outbox for pick-up, and call the unit to let them know they had a message regarding that particular person.  Deposition of Tipi Brookins (Brookins Dep. at 15:23-17:3), attached as Exhibit 11.

18.     At the time, MPD's Fugitive Unit's practice was to collect the messages from the Teletype Unit every day in the morning and the afternoon, with the exception of Sunday.  *Id.* at 20:15-21:9.

19.     Messages indicating the person being held is in fact not the subject of a warrant are unusual; however, any such message, or any message indicating a change in the extradition authorization, would be immediately provided to the United States Attorney's Office by the member of the Fugitive Unit who retrieved the message from the Teletype Unit.  Deposition of Craig Mack (Mack Dep.) at 27:19-30:10, attached as Exhibit 12.

20.     On November 2, 2016, Plaintiff had a bond review hearing, and the Court ordered that he remain held without bond, but also ordered the United States Attorney's Office to look into Plaintiff's claim that this was a case of mistaken identity.  Court print-out for Plaintiff's 2016 Fugitive from Justice case, attached as Exhibit 13.

21.     On November 3, 2016, Officer Agosto sent the October 28, 2016 teletype message from Will County to the United States Attorney's Office.  November 3, 2016 email from Officer Agosto to Shavaka Melvin, attached as Exhibit 14; Agosto Dep. at 33:11-22, attached as Exhibit 8.

22. On November 3, 2016, the United States Attorney's Office moved to dismiss Plaintiff's Fugitive from Justice case on the basis that he was not the subject of the Will County warrant. Government's Motion to Dismiss, attached as Exhibit 15.

23. The Motion to Dismiss was granted, and Plaintiff was released from custody on November 3, 2016. Court print-out for Plaintiff's 2016 Fugitive from Justice case, attached as Exhibit 13.

24. On March 3, 2017, at approximately 9:10 a.m., Plaintiff was operating a vehicle on 15th Street, NW, in the District of Columbia, and was stopped by Officer Joseph Sanford with the United States Secret Service (USSS) for having a non-working brake light. MPD Public Incident Packet for CCN 17035590, attached as Exhibit 16.

25. During the traffic stop, Plaintiff provided Officer Sanford with his driver's license, and Officer Sanford requested a check of Plaintiff's permit status and name from the Joint Operations Center. *Id.*

26. The check of Plaintiff's name revealed an open warrant from Will County, Illinois, which was confirmed by the Joint Operations Center. *Id.*

27. Plaintiff was arrested for being a Fugitive from Justice and ultimately transported to MPD's Second District for processing. *Id.*

28. On March 4, 2017, Officer Leroy Rollins with MPD's Fugitive Unit verified through NCIC that the warrant Plaintiff had been arrested on was active and that Plaintiff would be extradited on the warrant. Officer Leroy Rollins Affidavit in Support of an Arrest Warrant (Rollins Affidavit), attached as Exhibit 17.

29. Officer Rollins also sent a "hit confirmation" to Will County, Illinois. Deposition of Leroy Rollins (Rollins Dep.) at 6:18-7:8, attached as Exhibit 18.

30. Officer Rollins prepared an Affidavit in Support of an Arrest Warrant to present to the United States Attorney's Office. Rollins Affidavit, attached as Exhibit 17.

31. A case was initiated on March 4, 2017, charging Plaintiff with being a Fugitive from Justice; however, the matter was dismissed at Plaintiff's arraignment later that same day. JUSTIS printout for Plaintiff's 2017 Fugitive from Justice case, attached as Exhibit 19.

Date:  January 27, 2021                            Respectfully submitted,

                                                          KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Alicia M. Cullen*
ALICIA M. CULLEN [1015227]
Chief, Civil Litigation Division, Section III

*/s/ Robert A. DeBerardinis, Jr.*
ROBERT A. DEBERARDINIS, JR. [335976]
Senior Assistant Attorney General
MICHELLE G. HERSH [980097]
Assistant Attorney General
Civil Litgation Division
400 6th Street, NW
Washington, D.C. 20001
Phone:  202-724-6642; 202-807-0360
Fax:  202-741-8895; 202-741-8982
Email:  robert.deberardinis@dc.gov; michelle.hersh@dc.gov
*Counsel for Defendants District of Columbia and Ruben Agosto*