UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE T. VASQUEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>COUNTY OF WILL, ILLINOIS, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:17-cv-02194-APM |

### ORDER

Upon consideration of Defendants District of Columbia and Ruben Agosto's Motion for Summary Judgment, any Opposition and Reply thereto, and the entire record herein, it is hereby

**ORDERED** that Defendants' Motion is GRANTED; and it is further

**ORDERED** that judgment is entered in favor the District and Officer Agosto on all claims in Plaintiff's Third Amended Complaint.

**SO ORDERED.**

_____
Amit P. Mehta
United States District Judge