CCN #16180797 — Arrest Packets - 041637258

10-05

VAZQUEZ     JOSE
M           W
444776

## Arrest #041637258 – D-1 JOSE TIMOTEO VASQUEZ

### CAUTIONS:

| ARRESTING OFFICER | ARREST DATE/TIME | |
|---|---|---|
| Terence Sutton (#9022) | Oct 23, 2016 23:00 | 4D |

**ASSISTING OFFICERS (ASSIST TYPE)**
Gerard Barreto (#10746) (Assisting Officer)

**ADVISED OF RIGHTS (OFFICER, DATE/TIME, PLACE)**

| PHONE CALL MADE / NUMBER CALLED | SPECIAL OPERATIONS |
|---|---|
| ☐ YES ■ NO | |

### DEFENDANT

| NAME (LAST, FIRST MIDDLE) | TRUE NAME |
|---|---|
| VASQUEZ, JOSE TIMOTEO | JOSE TIMOTEO VASQUEZ |

| NICKNAMES | DATE OF BIRTH / AGE RANGE | PDID # | SSN # |
|---|---|---|---|
| | | 444776 | |

| SEX | RACE / ETHNICITY | PHONE | EMAIL |
|---|---|---|---|
| Male | White Hispanic Or Latino | (Mobile Phone) | |

**HOME ADDRESS**
Type: Residence/Home   Public/Private: Private

**DEFENDANT ARMED W/**
Unarmed

**MILITARY SERVICE (BRANCH, START-END)**

| DEFENDANT IS A JUVENILE / YOUTH DIVISION # | NEEDS INTERPRETER / LANGUAGES SPOKEN | HEIGHT | WEIGHT | EYES |
|---|---|---|---|---|
| ☐ YES ■ NO | ☐ YES ■ NO | 5 ft 2 in | 165 lbs | Brown |

| | | HAIR | | SKIN TONE |
|---|---|---|---|---|
| CODEFENDANTS | | Black, Short/collar Length, Straight | | Light |

**DEFENDANT'S REMARKS**

**CLOTHING (HAT, JACKET, PANTS, COAT/SUIT, SHIRT/BLOUSE, SKIRT/DRESS)**
Pants/dress/skirt: brown pants, Shirt/blouse: gray shirt, Footwear: black shoes, Jacket/coat/sweater: black jacket

**WALES / NCIC CHECK #**
900744167

### ARREST LOCATION

**ADDRESS (INCLUDE ROOM/APT #)**
5415 GEORGIA AVENUE NW, WASHINGTON, DC 20011   Type: Highway/Road/Alley/Street/Sidewalk   Public/Private: Public   PSA: 403   District: Fourth District   Description: Street

| POSITION (BEHIND, FRONT, INSIDE, SIDE, ETC.) | DESCRIPTION OF ARREST LOCATION |
|---|---|
| Front | Street |

### CHARGES

| COURT DATE / TIME & ROOM NUMBER | ARREST TYPE | NOW | TITLE 16 |
|---|---|---|---|
| | Custodial | 272655515 | ☐ YES ☐ NO |

| LOCKUP # | LOCKUP LOCATION | LOCKUP DATE |
|---|---|---|
| | | |

**CHARGE-1**
Fugitive From Justice (23DC701)

**CCN #**  16180797

| WARRANT NUMBER-1 | WARRANT DESCRIPTION | EXTERNAL JURISDICTION |
|---|---|---|
| W16J7469 | Failure to Appear - Homicide | ■ YES ☐ NO |

**DISPOSITION**
☐ CITATION ☐ BOND ☐ COLLATERAL ☐ LOCKUP ☐ POST & FORFEIT

| DISPOSITION DATE | RECEIPT # | AMOUNT PAID ($) |
|---|---|---|
| | | |

| JUVENILE DISPOSITION | JUVENILE DISPOSITION DATE |
|---|---|
| | |

### STATEMENT OF FACTS

CCN #16180797 - Arrest Packets - 041637258

Metropolitan Police Department

On Sunday October 23, 2016 at approximately 2235 hours Officer Sutton and Reserve Officer Barreto were traveling southbound in the 5400 block of Georgia Ave NW, Washington, D.C. PSA 403. Officer Sutton and Reserve Officer Barreto were in service as Hot Spot 403 utilizing marked police scout car #4052 equipped with emergency lights and sirens. Both officers were in full uniform.

Officer Sutton observed a white Toyota Corolla with Maryland hard tag #1BX1195 with Mr. Vasquez, later identified as Defendant Vasquez operating the vehicle also traveling southbound in the 5400 block of Georgia Ave NW. Officer Sutton observed Defendant Vasquez's vehicle did not have any headlights running. Officer Sutton utilized his emergency equipment and conducted a traffic stop directly in front of 5415 Georgia Ave NW. Officer Sutton approached Defendant Vasquez driver side window and informed Defendant Vasquez who he was and the reason for the traffic stop. Defendant Vasquez stated "oh I sorry I forgot to turn them on." Officer Sutton then asked Defendant Vasquez to provide his license and registration. Defendant Vasquez provided Officer Sutton with a Maryland Driver's license ( ) and the registration. Officer Sutton checked Defendant Vasquez through the NCIC Query for driver's license status on the computer inside the scout car. The NCIC Query revealed that Defendant Vasquez Maryland driver's license status came back as "valid." Officer Sutton also checked Defendant Vasquez for criminal status. The NCIC Query revealed that Defendant Vasquez failed to appear in reference to a homicide in Joliet, Illinois. The warrant is held by Will County Sheriff's Office and issued on June 21, 2005. OCA #W16J7469. Officer Sutton confirmed through the Fourth District Dispatcher that Defendant Vasquez has a full extradition warrant out of Joliet, Illinois. Defendant Vasquez was placed under arrest for Fugitive from Justice and transported to the Fourth District station for processing. Teletype was notified – Officer Allen #2819.

Defendant Vasquez was identified on scene by a Maryland driver's license as Vasquez, Jose Timoteo with DOB .

Defendant Vasquez was issued one NOI for No Lights Running (NOI #272655515).

No officers on scene were BWC equipped.

## PROPERTY & ITEMS

| STATUS / REASON FOR CUSTODY | DESCRIPTION | QTY. | DECLARED / FORFEITURE VALUE |
|---|---|---|---|
| None | Toyota/Corolla TOYOTA COROLLA | 1 | 2000 / 1000 |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Terence Sutton (#9022)   10/24/2016 (e-signature) | Shane Lamond (#5851)   10/24/2016 (e-signature) |
| PRINT NAME | PRINT NAME |
| Terence Sutton (#9022) | Shane Lamond (#5851) |

Printed by Terence Sutton (#9022) – Cobalt Data Form v1.0 Generated at 10/24/2016 00:32

Vasquez_DC_000110 Pg. 02 of 12

Vasquez v. DC, et al - 000110

CCN #16180797 — Arrest Packets - 041637258      Metropolitan Police Department

## CCN #16180797 – OFFENSE REPORT

| REPORT DATE / TIME | DISTRICT / PSA | EVENT START DATE / TIME – EVENT END DATE / TIME | INCIDENT STATISTICS | |
|---|---|---|---|---|
| Oct 23, 2016 23:35 | Fourth District / 403 | Oct 23, 2016 22:35 - Oct 23, 2016 23:00 | | |
| RESPONDING OFFICER | | WEATHER | | |
| Terence Sutton (#9022) – MPD | | Clear | | |
| ASSISTING OFFICER (ASSIST TYPE) | | | | |
| Gerard Barreto (#10746) (Assisting Officer) | | | | |
| TELETYPE DATE / TIME | TELETYPE # | WHO NOTIFIED TELETYPE | SHOTS FIRED | SHOTS EFFECT |
| Oct 23, 2016 23:36 | 2819 | Sutton, T | ☐ YES ■ NO | ☐ YES ■ NO |

### REPORTING PERSON

| NAME (LAST, FIRST MIDDLE) | | DOB / ESTIMATED AGE RANGE | |
|---|---|---|---|
| R-1 SUTTON, Terence | | | |
| SEX | RACE / ETHNICITY | PHONE | EMAIL |
| Male | White / Not Hispanic Or Latino | (202) 715-7400 (Work Phone) | |

HOME ADDRESS

6001 GEORGIA AVE NW, WASHINGTON, DC 20011   Public/Private: Public   PSA: 402   District: Fourth District

## OFFENSE #1 — 16180797

OFFENSE      OFFENSE COMPLETION
Fugitive From Justice (23DC701)      ■ COMPLETED ☐ ATTEMPTED

OFFENSE CASE STATUS
Open

OFFENSE LOCATION

5415 GEORGIA AVENUE NW, WASHINGTON, DC 20011   Type: Highway/ Road/ Alley/ Street/ Sidewalk   Public/Private: Public   PSA: 403   District: Fourth District

| LOCATION TYPE | POSITION (BEHIND, FRONT, INSIDE, SIDE) |
|---|---|
| Highway/ Road/ Alley/ Street/ Sidewalk | Front |

LOCATION DESCRIPTION
Street (traveling southbound)

| AGGRAVATED ASSAULT FACTORS/HOMICIDE FACTORS | OFFENSE PROPERTIES |
|---|---|
| HATE BIAS/MOTIVATION | |
| WEAPON/FORCE INVOLVED | GANG INFORMATION |
| CRIMINAL ACTIVITIES | MODUS OPERANDI |

| FORCED ENTRY | # OF PREMISES | SECURITY SYSTEM | CARGO THEFT |
|---|---|---|---|
| ☐ YES ☐ NO | | | ☐ YES ☐ NO |
| NEGLIGENT MANSLAUGHTER CIRCUMSTANCE | | | BUILDING INHABITED (ARSON) |

## SUSPECTS

| SUSPECT NAME-1 (LAST, FIRST MIDDLE) | | DOB / ESTIMATED AGE RANGE | SEARCH WAS PERFORMED | | STATEMENT TAKEN | |
|---|---|---|---|---|---|---|
| S-1 VASQUEZ, JOSE TIMOTEO | | [redacted] | ■ YES ☐ NO | | ☐ YES ■ NO | |
| SEX | RACE / ETHNICITY | | HEIGHT | WEIGHT | EYES | |
| Male | White / Hispanic Or Latino | | 5 ft 2 in | 165 lbs | Brown | |
| CLOTHING (HAT, JACKET, PANTS, COAT/SUIT, SHIRT/BLOUSE, SKIRT/DRESS) | | | HAIR | | SKIN TONE | |
| Pants/dress/skirt: brown pants, Shirt/blouse: gray shirt, Footwear: black shoes, Jacket/coat/sweater: black jacket | | | Black, Short/collar Length, Straight | | Light | |
| | | | SUSPECTED OF: ☐ CONSUMING ALCOHOL ☐ USING DRUGS | | | |
| DESCRIPTION/IDENTIFYING MARKS | | | TICKET # / FINE AMOUNT | | VENDOR # | |

## COMPLAINANTS

Printed by Terence Sutton (#9022) – Cobalt Data Form v1.0 Generated at 10/24/2016 00:32      Vasquez_DC_000 Pg.13 of 12

CCN #16180797 — Arrest Packets - 041637258                                                                                     Metropolitan Police Department

| COMPLAINANT NAME | ORGANIZATION TYPE | INDUSTRY | STATEMENT TAKEN |
|---|---|---|---|
| V-1 Will County Sheriffs Office | Criminal Justice | Government Relations | ☐ YES ■ NO |
| PHONE | EMAIL | | |
| (815) 727-8575 (Work Phone) | | | |

ADDRESS

20 W WASHINGTON ST, JOLIET, IL 60432   **Type:** Government/ Public Building   **Public/Private:** Public

## PROPERTY & ITEMS

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Terence Sutton (#9022)   10/24/2016 (e-signature) | Shane Lamond (#5851)   10/24/2016 (e-signature) |
| PRINT NAME | PRINT NAME |
| Terence Sutton (#9022) | Shane Lamond (#5851) |

## CCN #16180797 – PUBLIC NARRATIVE

On the listed date and time Officer Sutton and Reserve Officer Barreto were traveling southbound in the 5400 block of Georgia Ave NW. Officer Sutton and Reserve Officer Barreto were in service as Hot Spot 403.

Officer Sutton observed a white Toyota Corolla with Maryland hard tag #1BX1195 with S-1 operating the vehicle also traveling southbound in the 5400 block of Georgia Ave NW. Officer Sutton observed Defendant Vasquez's vehicle did not have any headlights running. Officer Sutton utilized his emergency equipment and conducted a traffic stop directly in front of 5415 Georgia Ave NW. Officer Sutton approached S-1's driver side window and informed S-1 who he was and the reason for the traffic stop. Officer Sutton then asked S-1 to provide his license and registration. S-1 provided Officer Sutton with a Maryland Driver's license and the registration. Officer Sutton checked S-1 through the NCIC Query for driver's license status on the computer inside the scout car. The NCIC Query revealed that S-1's Maryland driver's license status came back as "valid." Officer Sutton also checked S-1 for criminal status. The NCIC Query revealed that S-1 failed to appear in reference to a homicide in Joliet, Illinois. The warrant is held by Will County Sheriff's Office and issued on June 21, 2005. OCA #W16J7469. Officer Sutton confirmed through the Fourth District Dispatcher that S-1 has a full extradition warrant out of Joliet, Illinois. S-1 was placed under arrest for Fugitive from Justice and transported to the Fourth District station for processing. Teletype was notified – Officer Allen #2819.

S-1 was identified on scene by a Maryland driver's license.

S-1 was issued one NOI for No Lights Running.

No officers on scene were BWC equipped.

## CCN #16180797 – INTERNAL NARRATIVE

Case closed with the arrest of Vasquez, Jose Timoteo with DOB [redacted]. Arrest #041637258.

S-1 confirmed his SSN [redacted].

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Terence Sutton (#9022)   10/24/2016 (e-signature) | Shane Lamond (#5851)   10/24/2016 (e-signature) |
| PRINT NAME | PRINT NAME |
| Terence Sutton (#9022) | Shane Lamond (#5851) |

## APPROVAL HISTORY

**Report Submitted by Terence Sutton (#9022)**
Oct 24, 2016 00:13

**Report Completed by Shane Lamond (#5851)**
Oct 24, 2016 00:29

## 16180797 – Relationships Addendum

| NAME | RELATIONSHIP | SUBJECT |
|---|---|---|
| Terence SUTTON | Stranger Of | JOSE TIMOTEO VASQUEZ |

## CCN #16180797 Report Attachments

| FILE NAME | UPLOAD DATE/TIME | UPLOADED BY |
|---|---|---|
| vasquez.png | Oct 24, 2016 00:10 | Terence Sutton (#9022) |

## Terence SUTTON



**Terence SUTTON**
TRUE NAME

DATE OF BIRTH / AGE RANGE    PDID # / FBI #    CAUTIONS

## PROFILE INFO

| | | | |
|---|---|---|---|
| BIRTH INFO | | EMAIL | |
| SEX | Male | PHONES | (202) 715-7400 (Work Phone) |
| RACE / ETHNICITY | White / Not Hispanic Or Latino | ADDRESS (HOME) | 6001 GEORGIA AVE NW, WASHINGTON, DC 20011<br>PSA: 402<br>District: Fourth District<br>Public |
| MAIDEN NAME | | | |
| NEEDS INTERPRETER | | | |
| LANGUAGES SPOKEN | | ADDRESS (WORK) | |
| MARITAL STATUS | Unknown | EMERGENCY CONTACT | |
| SSN # | | RESIDENT OF JURIS | Yes |
| DRIVER'S LICENSE | | MILITARY SERVICES | |
| HEIGHT | | EMPLOYMENT | METROPOLITAN POLICE DEPT<br>-<br>POLICE OFFICER<br>6001 GEORGIA AVE NW |
| WEIGHT | | | |
| SKIN TONE | | | |
| EYES | | CLOTHING | |
| HAIR | | | |
| FACIAL HAIR | | | |
| VISION | | | |
| BUILD | | | |
| PHYSICAL CHAR. | | | |
| IDENTIFYING MARKS | | | |
| BEHAVIORAL CHAR. | | | |
| MOOD | | | |
| MODUS OPERANDI | | | |
| SKILLS | | | |
| PROBATION TYPE | | | |
| MISC. DESCRIPTION | | | |

CCN #16180797 – Arrest Packets – 041637258                                                                 Metropolitan Police Department

## JOSE TIMOTEO VASQUEZ



**JOSE TIMOTEO VASQUEZ**

TRUE NAME
JOSE TIMOTEO VASQUEZ

DATE OF BIRTH / AGE RANGE

POID # / FBI #
444776

CAUTIONS

## PROFILE INFO

| | | | |
|---|---|---|---|
| BIRTH INFO | | EMAIL | |
| SEX | Male | PHONES | |
| RACE / ETHNICITY | White / Hispanic Or Latino | ADDRESS (HOME) | |
| MAIDEN NAME | | | |
| NEEDS INTERPRETER | | ADDRESS (WORK) | |
| LANGUAGES SPOKEN | | EMERGENCY CONTACT | |
| MARITAL STATUS | Not Disclosed | RESIDENT OF JURIS | No |
| SSN # | | MILITARY SERVICES | |
| DRIVER'S LICENSE | Maryland Any Regular Or Standard Driver's License Issued For The Operation Of Automobiles And Light Trucks By States That Separate These Vehicles From Class "c". Other Class Designation Codes Such As "d", "r" And Others May Be Used By States To Indicate A Regular D Current/ Valid Other Non-commercial License Endorsements ( e.g.; Motorcycle, Etc.) | EMPLOYMENT | |
| | | CLOTHING | Pants/dress/skirt: brown pants, Shirt/blouse: gray shirt, Footwear: black shoes, Jacket/coat/sweater: black jacket |
| NIC_NUMBER | 900744167 | | |
| HEIGHT | 5 ft 2 in | | |
| WEIGHT | 165 lbs | | |
| SKIN TONE | Light | | |
| EYES | Brown | | |
| HAIR | Black, Short/collar Length, Straight | | |
| FACIAL HAIR | Mustache | | |
| VISION | Normal | | |
| BUILD | Stocky | | |
| PHYSICAL CHAR. | | | |
| IDENTIFYING MARKS | | | |
| BEHAVIORAL CHAR. | | | |
| MOOD | Calm, | | |
| MODUS OPERANDI | | | |
| SKILLS | | | |
| PROBATION TYPE | | | |
| MISC. DESCRIPTION | | | |

CCN #16180797 — Arrest Packets - 041637258      Metropolitan Police Department

## Will County Sheriffs Office

**ORGANIZATION TYPE**
Criminal Justice
**INDUSTRY**
Government Relations

## PROFILE INFO

**EMAIL**

**PHONES**    (815) 727-8575 (Work Phone)

**MAILING ADDRESS**    20 W WASHINGTON ST, JOLIET, IL 60432
Public
Government/ Public Building

**PHYSICAL ADDRESS**    20 W WASHINGTON ST, JOLIET, IL 60432
Public
Government/ Public Building

## Toyota/Corolla

| ITEM CATEGORY | OWNER | DECLARED VALUE | FORFEITURE VALUE |
|---|---|---|---|
| Passenger Car/automobile | JOSE TIMOTEO VASQUEZ | $2000 | $1000 |
| DESCRIPTION | IMPOUNDED | ACCIDENT | |
| Toyota/Corolla | | | |
| | VEHICLE SEARCH CONSENT | VEHICLE SEARCHED | |
| | No | No | |

### ITEM / PROPERTY INFO

| | | | |
|---|---|---|---|
| MAKE | TOYOTA | PROPERTY STATUS | OTHER None (10/23/2016) |
| MODEL | COROLLA | REASON FOR CUSTODY | |
| YEAR OF MANUFACTURE | 1997 | NCIC SEARCH # | |
| BODY STYLE | Sedan, 4 Door | NCIC # | |
| COLOR | White | DATE RECOVERED | |
| HIN / VIN # | 1NXBB02E5VZ585956 | RECOVERING OFC. | |
| TAG / REGISTRATION # | 1BX1195 | RECOVERING PERSON | |
| REGISTRATION YEAR | 2017 | RECOVERED ADDRESS | |
| REGISTRATION STATE | Maryland | OWNER | JOSE TIMOTEO VASQUEZ |
| REGISTRATION TYPE | Vehicle Registration | OWNER NOTIFIED | |
| # OF TIRES | 4 | DATE THEFT NOTIFIED | |
| ANTIFREEZE IN VEH. | | NOTIFIER NAME | |
| RADIATOR TAGGED & DRAINED | | STORAGE FACILITY | |
| BIOHAZARD | No | LOCATION | |
| | | INTAKE PERSON | |
| | | LOG BOOK # / PG. | / |
| | | LOGBOOK LOCATION | |
| | | CLAIMANT | |
| | | DATE CLAIMED | |
| | | STATEMENT OF FACTS | |

## CCN #16180797 – Report History

**AUTHORS**

Terence Sutton (#9022)

- ✓ APPROVED by **Shane Lamond (#5851)**
  Oct 24, 2016 00:28

- ⓑ **Shane Lamond (#5851)** changed **Event # 16180797**
  Oct 24, 2016 00:28
  ~~false~~  true

- Ⓟ **Terence Sutton (#9022)** submitted the report for approval
  Oct 24, 2016 00:13