Print

**SQARN** 2016-10-23 23:30:34
Display Response Reopen Form

**RESP dmv(DQ)** 2016-10-23 23:30:34
Display Response
```
 WALES Response # 900744167
 DR.DCMPD0000.DCMPD0000.TXT.
 PERMIT NOT ON FILE. NAM/VASQUEZ, JOSE TIMOTEO. ███████. SEX/M.


 *** NOTICE ***
 INFORMATION OBTAINED FROM WALES MAY BE USED FOR
 CRIMINAL JUSTICE PURPOSES ONLY
```

**RESP ncic(QWA)** 2016-10-23 23:30:35
Display Response
```
 NCIC Response # 900744167
 1L010000000EWA2NJDC
 DCMPD0000

 ***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
 MKE/WANTED PERSON
 EXL/1 - FULL EXTRADITION
 ORI/IL09900N3 NAM/VASQUEZ,JOSE SEX/M RAC/U
 DOB/███████ HGT/502 WGT/165 EYE/BRO HAI/BLK FBI/894188NA2
 SOC/████
 OLN/3889307 OLS/MD OLY/2016
 OFF/FAILURE TO APPEAR - SEE MIS - BELOW
 OOC/HOMICIDE - WILLFUL KILL-NONFAMILY-WEAPON
 DOW/20050621 OCA/W16J7469
 MIS/FTA/ HOMICIDE   OTX 815-740-5552 727-8575
 DNA/N
 ORI IS WILL CO SO JOLIET 815 727-8575
 AKA/VASQUEZ,JOSE  TIMOTEO
 NIC/W106779244 DTE/20160720 1103 EDT DLU/20160720 1105 EDT
 IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI

 MKE/WANTED PERSON - CAUTION
 CMC/00 - ARMED AND DANGEROUS
 EXL/2 - LIMITED EXTRADITION SEE MIS FIELD
 ORI/IL0990700 NAM/VASQUEZ,JOSE SEX/M RAC/W
 DOB/███████ HGT/507 WGT/145 EYE/BRO HAI/BRO
 SKN/LGT
 SOC██████████
 OLN/V22042057242 OLS/IL OLY/1979
 OFF/HOMICIDE - WILLFUL KILL-WEAPON
 DOW/19790703 OCA/W03P1484
 MIS/BLU STEEL 25 AUTO/  DO NOT DETAIN A VASQUEZ,JOSE ████████ █ ████ ███
 MIS/THIS IS NOT SUSPECT/  AKA GUERO OR CERDO
 ORI IS JOLIET PD 815 724-3286
 AKA/CERRATOES,JOSE
 AKA/SERRATO,JOSE
 AKA/SERROTOS,JOSE
 AKA/VASQUEZ,CERDO
 AKA/VASQUEZ,GUERO
 NIC/W914363054 DTE/20030612 1607 EDT DLU/20130828 1039 EDT
```

https://wales2web.mpdconline.com/eaweb/old/xaction/900744167/

Vasquez_DC_000126

10/23/2016

Vasquez v. DC, et al - 000126

**EXHIBIT 2**



NO WALES STATUS RECORD WAS FOUND BASED ON AN EXACT SEARCH
OF THE FOLLOWING IDENTIFIERS:

NAM/VASQUEZ, JOSE TIMOTEO
RAC/W
SEX/M
DOB/███████
******

Click here to check for additional responses

https://wales2web.mpdconline.com/eaweb/old/xaction/900744167/

Vasquez_DC_000127
10/23/2016

Vasquez v. DC, et al - 000127