

Deposition of:
# Officer Terrence Sutton

*August 19, 2020*

In the Matter of:

# Vasquez v. County of Will, Illinois, et. al.

Veritext Legal Solutions
800-734-5292 | calendar-dmv@veritext.com |

1      UNITED STATES DISTRICT COURT
2      FOR THE DISTRICT OF COLUMBIA
3      Case No. 1:17-cv-02194-APM
4    - - - - - - - - - - - - - - - - - - - - - - -
5              JOSE T. VASQUEZ
6                 Plaintiff
7                    v.
8         DISTRICT OF COLUMBIA, et al.
9                 Defendants
10   - - - - - - - - - - - - - - - - - - - - - - -
11
12
13       VIDEOCONFERENCE DEPOSITION OF
14
15              TERENCE SUTTON
16
17        Wednesday, August 19, 2020
18
19
20
21
22
23   Reported by:
24   SUSAN ASHE, CSR, RMR, CRR
25   Job No.: 4201356

1      Q      Yeah, that makes sense to me.
2             So do you recall whether Mr. Vasquez
3  said anything to you about, I'm not the person
4  wanted in Illinois?
5      A      I don't.  I only followed our
6  procedure, which is to -- I actually confirmed
7  through the dispatcher, with his name and date of
8  birth and maybe his Social Security number -- I
9  provided that on the main radio, and she confirmed
10 the warrant.
11            And I also -- our practice is and our
12 policy is to call Teletype.
13            We are to call Teletype, and then they
14 get ahold of Illinois and send the hit over to
15 Illinois.
16            It is not our job as a street officer
17 to -- when we -- and it's our policy not to
18 contact Illinois directly.
19            That's our Teletype's job.
20     Q      Okay.  And I'm going to go back to
21 that in a just a minute.  But at the moment I'm
22 interested in whether at this point you remember
23 anything else that was said, whether Mr. Vasquez
24 said this has happened to me before, I'm not the
25 right person.

Page 17

1  nonpublic -- we have a Gerstein, which is the
2  arrest narrative, and then we have a little short
3  narrative.  And we don't use the person's name.
4              It's for the public to read, and we
5  use "S1" for suspect one.
6              And we have any notes that we want to
7  put separate in a nonpublic document for maybe
8  detectives or somebody reviewing the arrest.
9              If you want to put some notes that are
10 nonpublic, a nonpublic document, you put it in the
11 252, which is separate.
12             And in my 252 I wrote that S1
13 confirmed to me his Social Security number on
14 scene.
15      Q     Okay.
16      A     And I had it written down.
17             The exact quote for quote is:  S1
18 confirmed his SSN number ██████████.
19             MR. MAGID:  Bob, do you know if we
20        received that 252?
21             MR. DeBERADINIS:  No.  I -- hold on.
22      A     If you have the internal package,
23 which I'm sure you guys have access to, the whole
24 thing, including the 252, would have printed out
25 with it.