**Superior Court of the District of Columbia**
Criminal Division

USW NO.:            LD No.: #1

AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

| DEFENDANT NAME: VAZQUEZ, JOSE | CCR: | PDID: 444-776 |

| SEX: MALE | RACE: W | D.O.B: [redacted] | HEIGHT: 5'2" | WEIGHT: 165 | EYES: BRO | HAIR: BLK | COMPLEXION: LGT |

DEFENDANT'S HOME ADDRESS [redacted]                    TELEPHONE NUMBER:

DEFENDANT'S BUSINESS ADDRESS                            TELEPHONE NUMBER:

COMPLAINANT'S NAME: METROPOLITAN POLICE DEPARTMENT FUGITIVE UNIT

| LOCATION OF OFFENSE: STATE OF ILLINOIS | DATE OF OFFENSE: 06/21/2005 | TIME OF OFFENSE: UNKNOWN |

GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:

The METROPOLITAN POLICE DEPARTMENT FUGITIVE UNIT received an NCIC Hit indicating that the Defendant VAZQUEZ, JOSE has an outstanding arrest warrant (W16J7469) in the state of ILLINOIS. The warrant is charging the Defendant with FTA-HOMICIDE. The date of warrant is 06/21/2005. The Defendant is a Fugitive from the State of ILLINOIS.

On 10/24/2016 the warrant was verified by Officer Cole Jr. of the METROPOLITAN POLICE DEPARTMENT FUGITIVE UNIT, through NCIC/WALES check, advising that the warrant is active and they will extradite.

The Defendant was arrested in the District of Columbia on 10/23/2016. The case will be presented to the USAO for review on 10/24/2016.

TO: WARRANT CLERK
PLEASE ISSUE A WARRANT FOR:
VAZQUEZ, JOSE

CHARGED WITH: FUGITIVE FROM JUSTICE

_[signature]_
ASSISTANT UNITED STATES ATTORNEY

AFFIANT'S SIGNATURE:
_[signature]_

SUBSCRIBED AND SWORN TO BEFORE ME THIS
24TH day of October 2016

_[signature]_
(JUDGE)(DEPUTY CLERK)
Superior Court of the District of Columbia

EXHIBIT I

Vasquez_DC_000044