

Deposition of:
## Officer Ernest Cole, Jr.

*August 11, 2020*

In the Matter of:

## Vasquez, Jose T. v. District of Columbia, et al

Veritext Legal Solutions
800-734-5292 | calendar-dmv@veritext.com |

Page 1

```
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
 2

        -------------------------------:
 3      JOSE T. VASQUEZ                 :
                                        :
 4              Plaintiff               :
                                        :
 5          vs.                         : Case No.:
                                        : 1:17-cv-02194-APM
 6      DISTRICT OF COLUMBIA, et al.    :
                                        :
 7              Defendants              :
        -------------------------------:
 8
 9
10         REMOTE DEPOSITION OF OFFICER ERNEST COLE, JR.
11
12      DATE:            Tuesday, August 11, 2020
13      TIME:            10:05 a.m.
14      LOCATION:        Washington, D.C.
15      REPORTED BY:     Shari R. Broussard, RPR, CSR
                         Reporter, Notary
16
17
18
19
20
21
22
```

Page 12

1   Q   What is this document?
2   A   This is an affidavit.
3   Q   Okay. And what is the affidavit used
4   for?
5   A   It's a document to pretty much give a
6   brief description of the person that's -- that's
7   under arrest or in our custody, the name, date of
8   birth, height, weight, home address, complainant's
9   name, the location of offense, and a brief
10  description of -- of what happened and -- yeah,
11  the -- the date and -- the date of -- of
12  everything that is, yeah, everything is sworn by
13  me.
14  Q   Okay. And why is an affidavit necessary
15  in the record? Is this something that's used to
16  open a court proceeding?
17  A   Yes, yes.
18  Q   Okay. To whom is the affidavit sent?
19  A   The affidavit is sent -- we -- we take
20  this over to the court and the courts, they --
21  they take care of this.
22  Q   All right. And I'm going to scroll down

Page 21

1   look down, there's a space after "IMMED CONFIRM
2   WARRANT AND EXTRADITION WITH ORI."
3           By the way, what does that mean?
4       A   I'm trying to see where -- are you still
5   on the first page?
6       Q   I am.  Right before the space it says,
7   "IMMED CONFIRM WARRANT AND EXTRADITION with ORI."
8           Do you see that?
9       A   Okay.  Yeah.  Yeah, I got you.  Yeah, I
10  see it, yeah.
11      Q   Okay.  What does that mean?
12      A   It means that I sent a hit and locate to
13  that -- to that particular ORI.
14      Q   And what is a hit and locate?
15      A   Meaning -- meaning that we have this
16  person in custody and we will verify through
17  teletype if you all -- if they would extradite or
18  not.
19      Q   Okay.  And what is an ORI?
20      A   That's the address where we send the
21  teletype to, which is -- if you go up to the very
22  top on the -- the third row -- fourth row, it's --

Page 22

1    that's the Illinois ORI for --
2         Q    Got it.
3         A    -- Joilet, for Will County Sheriff's
4    Office.
5         Q    Okay.  And then there's a space and then
6    there's more detail about the underlying charge;
7    is that correct?
8         A    Where?  What space?
9         Q    Right after "IMMED CONFIRM WARRANT AND
10   EXTRADITION WITH ORI" there's a line with nothing
11   in it, right?
12        A    There is a space, yes.
13        Q    Yeah.  And then it says, MKE/WANTED
14   PERSON - CAUTION."
15             What does MKE refer to?
16        A    I'm not actually sure, but I'm -- I'm
17   not sure what the acronym is for.
18        Q    Okay.  And then you'll see that it's
19   referring to Jose Vasquez, right?
20        A    Yes.
21        Q    And then if you continue to look down,
22   it says Social is ███████.