JUSTIS - Docket List                                                                 Page 1 of 1

Tuesday October 25th 2016
Welcome to MyJUSTIS, Agosto Ruben

**2016 FUG 017411**    United States Vs. VAZQUEZ, T JOSE

**SEARCH CRITERIA**

Docket Entry: [ ] [LOOKUP]    Begin Date: [ ] (mm/dd/yyyy)

End Date: [ ] (mm/dd/yyyy)

[SEARCH] [CLEAR]

**SEARCH RESULTS**

View all dockets

| Docket Date | Docket Code | Description | Amount Owed | Amount Paid | Docket Images |
|---|---|---|---|---|---|
| 10/24/2016 | COMMCRM - Commitment Pending Disposition Filed | Commitment Pending Disposition Filed | $0.00 | $0.00 | 🖼 |
| 10/24/2016 | ESCRM - Event Scheduled | Event Scheduled Event: Extradition Hearing Date: 11/23/2016 Time: 11:00 am Judge: MORIN, ROBERT E Location: Courtroom 315 | $0.00 | $0.00 | |
| 10/24/2016 | CRMER - Event Resulted - Release Status: | Event Resulted - Release Status: No Bond The following event: Arraignment scheduled for 10/24/2016 at 1:00 pm has been resulted as follows: Defendant did not waive extradition; Hearing Set Result: Hearing Held Judge: RAYMOND, RENEE Location: Courtroom C-10 JOSE T VAZQUEZ (Defendant (Criminal)); ; Ms APRIL L DOWNS (Attorney) on behalf of JOSE T VAZQUEZ (Defendant (Criminal)); Judge RENEE RAYMOND on behalf of Judge | $0.00 | $0.00 | |
| 10/24/2016 | CJANELCRM - CJA Eligibility - Not Eligible | CJA Eligibility - Not Eligible | $0.00 | $0.00 | 🖼 |
| 10/24/2016 | AEACRM - Attorney Appointed/Dismissed | Attorney Appointed Attorney DOWNS, Ms APRIL L representing Defendant (Criminal) VAZQUEZ, JOSE T as of 10/24/2016 JOSE T VAZQUEZ (Defendant (Criminal)); ; Ms APRIL L DOWNS (Attorney) on behalf of JOSE T VAZQUEZ (Defendant (Criminal)); Judge RENEE RAYMOND on behalf of Judge | $0.00 | $0.00 | |
| 10/24/2016 | ESCRM - Event Scheduled | Event Scheduled Event: Arraignment Date: 10/24/2016 Time: 1:00 pm Judge: RAYMOND, RENEE Location: Courtroom C-10 | $0.00 | $0.00 | |
| 10/24/2016 | PWAIVCRM - Proposed Extradition Waiver | Proposed Extradition Waiver | $0.00 | $0.00 | 📄 |
| 10/24/2016 | GERCRM - Gerstein Affidavit Filed | Gerstein Affidavit Filed | $0.00 | $0.00 | 📄 |
| 10/24/2016 | CSFCRM - Charge Filed | Charge Filed Charge 1: Fugitive from Justice | $0.00 | $0.00 | 📄 |

JUSTICE INFORMATION SYSTEM FOR THE DISTRICT OF COLUMBIA     CLICK HERE TO PROVIDE FEEDBACK

Content Provided by:



Email JUSTIS Help Desk or Call JUSTIS Help Desk (202) 442 - 4967

All information provided is for authorized JUSTIS users only. This information is provided in response to the JUSTIS user's request and is to be used exclusively by the requestor in the performance of their criminal justice responsibilities only. Secondary dissemination is strictly prohibited. Although the information may continue to be valid over a period of time it should be considered complete and accurate only on the date of response.
© 2009 Washington D.C Justice Network. All rights reserved.

https://justis.mpdconline.com/jp4-inquiry-app/DCSC/DocketList.aspx

Vasquez_DC_000137
10/25/2016

Vasquez v. DC, et al - 000137

**EXHIBIT 4**