**Quon, Teresa J.A. (MPD)**

| | |
|---|---|
| **From:** | Agosto, Ruben (MPD) </O=DC GOVERNMENT/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=RUBEN.AGOSTO> |
| **Sent:** | Friday, October 28, 2016 9:25 AM |
| **To:** | projek@willcosheriff.org |
| **Subject:** | jose vasquez |



**Personal Data**

| | | | | |
|---|---|---|---|---|
| **Sex:** | MALE | | **Race:** | N/A |
| **Birth Date:** | ▮▮▮▮ | | **Ethnicity:** | |
| **Birth Place:** | EL | | **Education:** | 7 |
| | | | **Occupation:** | BUSBOY |
| **Hair:** | BLACK | | | |
| **Eyes:** | BROWN | | **Address:** | ▮▮▮▮ |
| **Weight:** | 170 | | | |
| **Height:** | 5' 0" | | | |

1



## Paul Rojek

| | |
|---|---|
| **From:** | German, Jeffrey #234 <jgerman@jolietcity.org> |
| **Sent:** | Friday, October 28, 2016 10:45 AM |
| **To:** | Paul Rojek |
| **Cc:** | Batis, Mike #22 |
| **Subject:** | FW: fingerprint |

**From:** Kane, Larry #800
**Sent:** Friday, October 28, 2016 10:45 AM
**To:** German, Jeffrey #234
**Subject:** RE: fingerprint

NOT THE SAME PERSON.

**From:** German, Jeffrey #234
**Sent:** Friday, October 28, 2016 9:54 AM
**To:** Kane, Larry #800
**Subject:** FW: fingerprint

Can you and/or murphy look at these and let me know if they are a match or not. My guess is no but he is currently being held in Washington D.C. on a Joliet 1979 murder.

**From:** Paul Rojek [mailto:projek@willcosheriff.org]
**Sent:** Friday, October 28, 2016 9:32 AM
**To:** German, Jeffrey #234
**Subject:** Fwd: fingerprint

Sgt Paul Rojek
Will County Sheriff's Police
Fugitive Warrants Division

Begin forwarded message:

> **From:** "Agosto, Ruben (MPD)" <Ruben.Agosto@dc.gov>
> **Date:** October 28, 2016 at 8:55:02 AM CDT
> **To:** "PRojek@willcosheriff.org" <PRojek@willcosheriff.org>
> **Subject: FW: fingerprint**

-----Original Message-----
From: WC5855_3rd_fl_RM_3115@dc.gov [mailto:WC5855_3rd_fl_RM_3115@dc.gov]
Sent: Friday, October 28, 2016 9:13 AM
To: Agosto, Ruben (MPD)
Subject: fingerprint

1



Please open the attached document.  It was scanned and sent to you using a Xerox Multifunction Printer.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location: 3rd_fl_RM_3115
Device Name: 3rd_fl_RM_3115


For more information on Xerox products and solutions, please visit http://www.xerox.com

2

WCSO 069