

Deposition of:
# Officer Ruben Agosto

*August 11, 2020*

In the Matter of:

# Vasquez, Jose T. v. District of Columbia, et al

Veritext Legal Solutions

800-734-5292 | calendar-dmv@veritext.com  |

1                UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF COLUMBIA

2

        ------------------------------:

3       JOSE T. VASQUEZ                :

                                       :

4              Plaintiff              :

                                       :

5          vs.                        : Case No.:

                                       : 1:17-cv-02194-APM

6       DISTRICT OF COLUMBIA, et al.  :

                                       :

7              Defendants             :

        ------------------------------:

8

9

10       REMOTE DEPOSITION OF OFFICER RUBEN AGOSTO

11

12       DATE:           Tuesday, August 11, 2020

13       TIME:           11:32 a.m.

14       LOCATION:       Washington, D.C.

15       REPORTED BY:    Shari R. Broussard, RPR, CSR

                        Reporter, Notary

16

17

18

19

20

21

22

Page 20

1          Q     Okay.  So you would have expected that

2     when this teletype message was received from

3     Sergeant Rojek of the Will County Sheriff's

4     Office, that it would have been placed in a basket

5     in the teletype office on the fifth floor, right?

6          A     Yeah, normally that's how it was done.

7          Q     Right.  And then somebody from the

8     fugitive division, presumably later that day

9     because this came in at 12:48, would go up and

10    collect everything that was in the basket in the

11    teletype office, right?

12         A     Correct.

13         Q     And would bring it down to the third

14    floor, to the fugitive division, right?

15         A     Correct.

16         Q     And then would distribute this to the

17    person -- well, if there were a lot of these,

18    would distribute in this case this particular

19    response to you because this was your matter,

20    right?

21         A     No, it was not my matter.  This was not

22    my case.  I just picked up the phone and decided

Page 21

1    to take part in identifying the guy.  And once we

2    figured out it wasn't him, I notified Shavaka

3    Melvin.

4            Q    Yeah.  Okay.  So maybe I used the wrong

5    terminology.

6                 Since you were the person who was

7    following up to determine whether this Jose

8    Vasquez in lockup was the person wanted by Will

9    County Sheriff's Office, you would have been the

10   person to whom this particular teletype message

11   would have been distributed, right?

12           A    No.

13           Q    Who would it have been given to?

14           A    I have no idea who worked on this case.

15   This is not a case that -- this case did not come

16   across to me to knock out.  I didn't do any

17   other -- I didn't do no paperwork.  I didn't do

18   anything to this except for someone reaching out

19   saying, hey, we're just trying to figure out if

20   this is the guy.  That's it.  And then once I --

21   once -- once it was established that the person

22   arrested was not -- was not the person wanted, I

Page 23

1    the person who normally does everything for it,

2    you know.

3              If you -- let's say -- let's say

4    you're -- you're working on the case and --

5    everything pertaining to that case normally would

6    go directly back to you.  So whoever goes upstairs

7    to pick the paperwork up from teletype and comes

8    back down will take that information.  So whatever

9    that case is, they would put that on your desk.

10        Q    All right.  So in this case Officer Cole

11   was the officer who did the NCIC check.

12        A    Right.

13        Q    So would this have been delivered to

14   him?

15        A    To him, yeah.  It would have been

16   delivered to him or put on his desk.  But he would

17   initially have gotten it if it was -- if it was

18   printed out and -- and brought down, yes.

19        Q    All right.  Now, because you had asked a

20   question of Sergeant Rojek and you had undertaken

21   the job of answering the question whether the Jose

22   Vasquez in lockup was the right guy, did you do

1      Q    Well, you would need to know what Will

2    County said.

3           You sent them the photograph, you sent

4    them the fingerprints.  You would be the logical

5    person to get the response that would say this

6    either is or isn't the right guy, right?

7      A    I wouldn't get the response.  I never

8    worked -- the only thing I did was just try to

9    help identify this guy.  This would never come

10   across my desk.  I didn't even -- I didn't even

11   have the folder to this thing.

12     Q    Well, again -- yeah, go ahead.

13     A    I get what you're saying, but I had no

14   idea -- like I had no clue that -- what was done

15   with this case.  The only thing I did was, you

16   know -- so -- so normally when somebody reaches

17   out to me to identify somebody, I try to help with

18   identifying and after that I have no clue.

19     Q    Okay.  Again, I understand --

20     A    I notify the courts to advise them, hey,

21   this guy is not the guy.

22     Q    Okay.  So you at some point advised

Page 33

1      Q    Okay.  So the teletype, as we previously

2    talked about, was received on October 28th at

3    12:48 in the afternoon and you --

4      A    That was back in November.  I got that.

5    I -- I understand that.

6      Q    Okay.  And you don't inform Ms. Melvin

7    of this until November 3?

8      A    No, we had a phone conversation in

9    reference to this, that it was --

10     Q    You're positive?

11     A    I'm pretty sure.  That's normally how we

12   go about it.

13     Q    All right.  But you don't specifically

14   recall -- that's normally how you do it, but you

15   don't remember whether in this case --

16     A    I don't -- I don't -- I don't really

17   recall exactly how I even became a part of this.

18   I just -- I can't recall whether Shavaka Melvin

19   called me or Will County called first.  I don't

20   recall.  I just picked up the phone and I just

21   tried to assist.

22     Q    Okay.