

Deposition of:
# Sergeant Paul Rojek

*June 25, 2020*

In the Matter of:

# Vasquez v. County of Will, Illinois, et. al.

Veritext Legal Solutions
800-734-5292 | calendar-dmv@veritext.com |

Page 1

1     UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF COLUMBIA
2

   JOSE T. VASQUEZ                )
3                                  )
              Plaintiff            )
4                                  )
       vs.                         ) No. 1:17-cv-02194-APM
5  DISTRICT OF COLUMBIA, et al.    )
                                   )
6                                  )
              Defendants           )
7
8
9        The Videotaped Deposition of PAUL ROJEK,
10 taken before JEANINE WATKINS, C.S.R., pursuant to
11 the provisions of the Federal Rules of Civil
12 Procedure of the United States District Court,
13 pertaining to the taking of depositions, taken at
14 16991 West Laraway Road, Joliet, Illinois, taken via
15 Zoom technology, commencing at the hour of
16 approximately 9:00 o'clock a.m. CDT on June 25,
17 2020.
18
19
20
21
22
23
24

Page 7

1 at Rojek Exhibit 1, which I believe you have in
2 paper copy, but I'm also going to pull it up on the
3 screen. All right. Do you see it on the screen?
4     A.   I don't.
5     Q.   Hold on.
6     A.   I have the hard copy.
7     Q.   All right. I'm going to see if I can
8 figure how to it put this up on the screen. Does
9 everyone have a hard copy of the exhibit?
10     MS. HERSH: I do have one.
11 BY MR. MAGID:
12     Q.   All right. So can you tell us, Sergeant
13 Rojek, what Rojek Exhibit 1 is?
14     A.   Appears to be a teletype sent from our
15 office to the Washington D.C. Metropolitan Police
16 Department regarding Jose Vasquez.
17     Q.   When was this teletype message sent?
18     A.   10-28-16 at 11:48:30 hours.
19     Q.   Central Time?
20     A.   I believe so, yes.
21     Q.   All right. And to whose attention was this
22 teletype sent?
23     A.   The Warrant Fugitive Squad.
24     Q.   Of the Metropolitan Police Department in

1    Washington?
2       A.   Yes.
3       Q.   Is teletype the typical means for
4    communicating with other departments around the
5    nation regarding fugitive warrants?
6       A.   Yes.
7       Q.   And would you read what the teletype
8    message says, please?
9       A.   Reference Vasquez Jose B/M, I'm assuming
10   Black male.  Please release any holds you have on
11   him for county.  The person you are holding is not
12   the same person we're looking for.  Thank you.
13      Q.   All right.  And it is signed, Will County
14   Sheriff's Office, authorized Sergeant Rojek?
15      A.   Correct.
16      Q.   And then it says:  11:48 CDT.  Again, that
17   is the time of transmission?
18      A.   Yes.
19      Q.   And then the initials JT.  What does that
20   refer to?
21      A.   That's the operator who sent the teletype.
22      Q.   And the name of that operator is who?
23      A.   Josie Tellez.
24      Q.   Do you recall having this teletype message

Page 16

1  of Rojek Exhibit 4?
2      A.   Yes.  It appears to be.  I would guess
3  that, yeah, it was all part of the same or similar.
4      Q.   All right.  So, at 8:25 in the morning your
5  time, Officer Agosto of the Metropolitan Police
6  Department sent you a photograph of Mr. Vasquez
7  along with some personal identifying information,
8  and then about 30 minutes later sent you
9  fingerprints.  Is that right?
10     A.   Without looking at the time stamps, but
11 yes, I believe you're correct.  Yes.  It looks like
12 it.
13     Q.   Okay.  So then you in turn, if we look up
14 the chain, you in turn forwarded the prints at least
15 to Jeffrey German Number 234; is that right?
16     A.   Yes.
17     Q.   Who is Jeffrey German in 234?
18     A.   He is a detective with the Joliet Police
19 Department.
20     Q.   Why were you sending the prints to a
21 detective of the Joliet Police Department?
22     A.   It's their homicide originally, and in the
23 past dealings with this case I know that Jeff had
24 been assigned to -- previously about issues in this

Page 17

1  case, and so I asked him to have Joliet review it so
2  that they could make the determination and not me,
3  since this is a forensic analysis and not a warrant
4  analysis at this point.
5       Q.   All right.  And then if we look at the next
6  email above that, it appears that Officer German
7  forwarded it to someone named Larry Kane Number 800.
8  Do you see that?
9       A.   Yes.
10      Q.   Who is Larry Kane Number 800?
11      A.   I don't know.  I don't know him.
12      Q.   Somebody else within the Joliet Police
13 Department?
14      A.   I believe so but don't know for sure.
15      Q.   All right.  And then the exchange that they
16 have Officer German says to Larry Kane Number 800,
17 Can you and/or Murphy look at these and let me know
18 if they are a match or not.  My guess is no but he
19 is currently being held in Washington D.C. on a
20 Joliet 1979 murder.  Did I read that correctly?
21      A.   Yes.
22      Q.   And then Officer Kane forwards the email
23 string including that response to -- or response to
24 Officer German and says, in all caps:  Not the same

Page 18

1   person.  Correct?
2        A.   Yes.
3        Q.   And then Officer German in turn at 10:45 in
4   the morning your time on October 28, 2016, forwards
5   the entire email string to you, correct?
6        A.   Yes.
7        Q.   At that point you knew that the
8   fingerprints and/or the photograph did not match the
9   person wanted on the 1979 murder?
10       A.   According to Joliet, yes.
11       Q.   Right.  And so your understanding was the
12  person being held by the Metropolitan Police
13  Department was not the same person as the individual
14  wanted on the murder charge?
15       A.   Yes.  According to Joliet that it was not.
16       Q.   All right.  So, then if we -- was it after
17  that that you added the notes on the second page of
18  Rojek Exhibit 4, that this was not your subject?
19       A.   I assume so, but don't know.
20       Q.   Okay.  And if we take a look back at Rojek
21  Exhibit 1, this was sent roughly an hour after you
22  learned from Officer German that according to the
23  Joliet Police Department, the Jose Vasquez being
24  held by the Washington D.C. Metropolitan Police