

Deposition of:
# Tipi Brookins

*August 12, 2020*

In the Matter of:

# Vasquez, Jose T. v. District of Columbia, et al

Veritext Legal Solutions
800-734-5292 | calendar-dmv@veritext.com |

Page 1

```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA

    _____
                             :
    JOSE T. VASQUEZ,         :
                             :
         Plaintiff,          :
                             :
    v.                       : Case No.
                             : 1:17-cv-02194-APM
    DISTRICT OF COLUMBIA,    :
    et al.,                  :
                             :
         Defendants.         :
    _____:
```

            Wednesday, August 12, 2020

       30(b)(6) Deposition of TIPI BROOKINS,

taken virtually via Zoom, with the witness

participating from the DC Metro Police

Department Offices, located at 300 Indiana

Avenue, NW, Washington, DC, beginning at 9:41

a.m., before Ryan K. Black, a Registered

Professional Reporter, Certified Livenote

Reporter and Notary Public in and for

the Commonwealth of Pennsylvania.

Page 15

1  BY MR. MAGID:
2       Q.   Ms. Brookins, do you see before you a
3  teletype message?
4       A.   Yes.
5       Q.   All right. Are you familiar with this
6  teletype message?
7       A.   Yes. I've seen the document.
8       Q.   All right. Can you confirm for me,
9  please, that this teletype message was received
10 by the Metropolitan Police Department on October
11 28th, 2016, at 12:48 p.m.?
12      A.   Can you repeat the question?
13      Q.   Of course.
14           Would you please confirm that the
15 Metropolitan Police Department received this
16 teletype message on October 28th, 2016, at 12:48
17 p.m. eastern time?
18      A.   Yes.
19      Q.   All right. This message would have
20 been received by the teletype room?
21      A.   Teletype Unit, yes.
22      Q.   Teletype Unit. Okay.
23           And then what did the Teletype Unit do
24 with this message?
25      A.   The procedure is, once we receive this

1      over a terminal, this administrative message,
2      depending on the operator that actually was in
3      receipt -- actually viewed the message, would
4      print this message out and it would be placed in
5      the outbox for the Fugitive Unit.  A hard copy
6      of this message would be placed in the outbox
7      for the Fugitive Unit in order for them to come
8      and retrieve it from the Teletype Unit.
9           Q.   All right.  And Ms. Slade-Thomas
10     testified just a moment ago that at least her
11     practice would have been, since there is a
12     specific individual referenced, to have called
13     the Fugitive Division and let them know that
14     there was a document, or a teletype message
15     received referencing a specific individual.
16          Was that the practice in 2016 of the
17     Teletype Unit, overall?
18          A.   Yes.
19          Q.   All right.  So when this message
20     was received on a computer terminal, whichever
21     Teletype Unit operator received the message
22     would have printed it out, placed it in the
23     outbox for pickup by the Fugitive Division, and
24     placed a telephone call to the Fugitive Division
25     informing the Fugitive Division that there was

Page 17

1   -- that a teletype had been received
2   specifically referencing a Jose Vasquez?
3         A.   Yes.
4         Q.   All right.  Do you know whether, in
5   fact, this message was picked up from the outbox
6   by the Fugitive Division?
7         A.   I do not know.  I was not employed
8   with MPD in 2016.
9         Q.   Okay.  Do you know what happened to
10  this particular message after it was received by
11  MPD?
12        A.   Can you please -- on the end of the
13  question, you said, received by MPD.  Can you
14  give clarity as far as who in MPD would have
15  received?  Can you repeat that with clarity?
16        Q.   Yeah.  I will do my best, ma'am, and
17  if I don't succeed, just let me know and I will
18  try again.  Okay?
19        A.   Okay.
20        Q.   Okay.  After this message appeared on
21  the screen of a Teletype Unit operator, walk
22  through for me, please, what happened to this
23  particular message.
24        A.   Again, I wasn't employed in 2016, so I
25  can't comment on this particular teletype

1      Illinois agency that sent this message?
2           A.   I do not know in reference to a phone
3      call.
4           Q.   I will tell you that Metropolitan
5      Police Department did not inform the U.S.
6      Attorneys' Office that the Jose Vasquez who was
7      being held on this particular warrant was not,
8      in fact, the person who was the subject of the
9      warrant until November 3rd.
10               Do you know why there was such delay?
11          A.   I do not know.
12          Q.   Okay.  In preparing for this
13     deposition or in investigating -- well, let me
14     back up.
15               Were you asked to investigate what
16     happened with this particular incoming teletype
17     message, whether anybody did follow up, whether
18     the Fugitive Unit did or didn't actually receive
19     it, when the Fugitive Unit actually received it,
20     and why it took so long to be communicated to
21     the U.S. Attorneys' Office?  Were you involved
22     in looking into any of that?
23          A.   Yes.  I did investigation on the
24     receipt to the Fugitive Unit, and their process
25     would be to pick up any hard copy documents from

Page 21

1       the Teletype Unit every day, every morning and
2       afternoon, except for Sundays.  And if this
3       document was received on a Friday, let's just
4       say at 12:48, there should have been a pickup of
5       the inbox on that day and also on Saturday.
6               That is the investigation that I did.
7       I wanted to follow up as far as confirming the
8       pickup times of the Fugitive Unit, as far as
9       documents from our unit to theirs, and, yes,
10      that's about the extent of the investigation
11      that I did do.
12           Q.   All right.  And is there any record of
13      this particular document having been picked up?
14           A.   There's no record that I know of.
15           Q.   All right.  There's no log sheet
16      or anything that indicates teletyped messages
17      received confirming that they're placed in the
18      outbox and that they've been picked up?
19           A.   The only type of receipt that possibly
20      could be out there is evidence that it was
21      printed from Agent Wells' [sic] application,
22      which I can't attest to that.  But once it was
23      printed, that document would be placed in the
24      outbox for the Fugitive Unit.
25           Q.   Okay.  Is there anything on this