D.C. Courts Home

# Court Cases Online

Case Search for Person: VASQUEZ, JOSE

Search retrieved 121 cases in less than a second.

Selected 1 cases to view

Viewing single case; Details retrieved in less than a second.

Click here to view search criteria

Click here to view search results

Click here to view case summary

### 2016 FUG 017411: In The Matter Of: VAZQUEZ, JOSE T

| | |
|---|---|
| Case Type: Fugitive | File Date: 10/24/2016 |
| Status: Closed | Status Date: 10/24/2016 |
| Disposition: Dismissed | Disposition Date: 11/03/2016 |

| Party Name | Party Alias(es) | Party Type | Attorney(s) |
|---|---|---|---|
| VAZQUEZ, JOSE T | VASQUEZ, JOSE TIMOTEO | Defendant (Criminal) | O'BANION, Mr CHARLES H |
| ILLINOIS | | Demanding Authority | |

| Docket Date | Description | Messages |
|---|---|---|
| 11/03/2016 | Case Disposed - Dismissed | Case Disposed - Dismissed |
| 11/03/2016 | Case Disposed - Dismissed | Case Disposed - Dismissed |
| 11/03/2016 | Charge Disposed - Dismissed | Charge Disposed - Dismissed |
| 11/03/2016 | Event Resulted - Release Status: | Event Resulted - Release Status:<br>The following event: Extradition Hearing scheduled for 11/23/2016 at 11:00 am has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: MORIN, ROBERT E Location: Courtroom 315 |
| 11/03/2016 | Event Resulted - Release Status: | Event Resulted - Release Status:<br>The following event: Bond Review Hearing scheduled for 11/04/2016 at 1:00 pm has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: MORIN, ROBERT E Location: Courtroom 315 |
| 11/03/2016 | Order Granting Motion Entered on the Docket | Order Granting Govt Motion to Dismiss Entered on the Docket 11/03/16. Signed in chambers by Chief Judge Morin on 11/03/16. eFiled and copies sent to parties on 11/03/16. AMP |
| 11/03/2016 | Release Order Filed | Release Order Filed<br><br>Release Order - Jail<br>Sent on: 11/03/2016 16:05:11.95 |
| 11/03/2016 | Motion to Dismiss Filed: | Government's Motion to Dismiss Filed and Forwarded to Chief Judge Morin<br>Attorney: LITTLE, Mr ROBERT C (386818) |
| 11/02/2016 | Event Scheduled | Event Scheduled<br>Event: Bond Review Hearing<br>Date: 11/04/2016 Time: 1:00 pm<br>Judge: MORIN, ROBERT E Location: Courtroom 315 |
| 11/02/2016 | Event Resulted - Release Status: | Event Resulted - Release Status: NO BOND. Case continued for AUSA Little to look into a photograph of the person wanted in the demanding jurisdiction. Defense Counsel made representations that it was mistaken identity. An additional bond review hearing was scheduled. A Spanish Interpreter was present. AUSA Robert Little appeared via telephone.<br><br>Court Reporter: Okeemah Henderson<br><br>The following event: Bond Review Hearing scheduled for 11/02/2016 at 11:00 am has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: MORIN, ROBERT E Location: Courtroom 315<br>JOSE T VAZQUEZ (Defendant (Criminal)); ; Mr CHARLES H O'BANION (Attorney) on behalf of JOSE T VAZQUEZ (Defendant (Criminal)); Judge ROBERT E MORIN |
| 11/02/2016 | Prisoner Transfer Request | Prisoner Transfer Request<br><br>Prisoner Transfer Request<br>Sent on: 11/02/2016 11:59:24.51 |

| Docket Date | Description | Messages |
|---|---|---|
| 11/02/2016 | Form Generated: Prisoner Return | Form Generated: Prisoner Return<br><br>Prisoner Return<br>Sent on: 11/02/2016 11:37:09.80 |
| 10/31/2016 | Event Scheduled | Event Scheduled<br>Event: Bond Review Hearing<br>Date: 11/02/2016 Time: 11:00 am<br>Judge: MORIN, ROBERT E Location: Courtroom 315 |
| 10/28/2016 | Motion for Bond Review Filed: | Motion for Bond Review Filed<br>Attorney: O'BANION, Mr CHARLES H (212829) |
| 10/28/2016 | Attorney Appointed/Dismissed | Notice of Appearance<br>Attorney: O'BANION, Mr CHARLES H (212829) |
| 10/28/2016 | Attorney Appointed/Dismissed | Attorney Dismissed<br>Attorney DOWNS, Ms APRIL L dismissed/withdrawn for VAZQUEZ, JOSE T on 10/28/2016 |
| 10/28/2016 | Attorney Appointed/Dismissed | Attorney Appointed<br>Attorney O'BANION, Mr CHARLES H representing Defendant (Criminal) VAZQUEZ, JOSE T as of 10/28/2016 |
| 10/24/2016 | Praecipe Not Submitted by Attorney | Praecipe Not Submitted by Attorney |
| 10/24/2016 | Commitment Pending Disposition Filed | Commitment Pending Disposition Filed |
| 10/24/2016 | Event Scheduled | Event Scheduled<br>Event: Extradition Hearing<br>Date: 11/23/2016 Time: 11:00 am<br>Judge: MORIN, ROBERT E Location: Courtroom 315 |
| 10/24/2016 | Event Resulted - Release Status: | Event Resulted - Release Status: No Bond<br>The following event: Arraignment scheduled for 10/24/2016 at 1:00 pm has been resulted as follows: Defendant did not waive extradition; Hearing Set<br><br>Result: Hearing Held<br>Judge: RAYMOND, RENEE Location: Courtroom C-10<br>JOSE T VAZQUEZ (Defendant (Criminal)); ; Ms APRIL L DOWNS (Attorney) on behalf of JOSE T VAZQUEZ (Defendant (Criminal)); Judge RENEE RAYMOND on behalf of Judge |
| 10/24/2016 | Attorney Appointed/Dismissed | Attorney Appointed<br>Attorney DOWNS, Ms APRIL L representing Defendant (Criminal) VAZQUEZ, JOSE T as of 10/24/2016<br>JOSE T VAZQUEZ (Defendant (Criminal)); ; Ms APRIL L DOWNS (Attorney) on behalf of JOSE T VAZQUEZ (Defendant (Criminal)); Judge RENEE RAYMOND on behalf of Judge |
| 10/24/2016 | Event Scheduled | Event Scheduled<br>Event: Arraignment<br>Date: 10/24/2016 Time: 1:00 pm<br>Judge: RAYMOND, RENEE Location: Courtroom C-10 |
| 10/24/2016 | Charge Filed | Charge Filed Charge 1: Fugitive from Justice |

https://www.dccourts.gov/cco/maincase.jsf

EXHIBIT 1



1/1

**VAS-00038**