**Quon, Teresa J.A. (MPD)**

| | |
|---|---|
| **From:** | Agosto, Ruben (MPD) </O=DC GOVERNMENT/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=RUBEN.AGOSTO> |
| **Sent:** | Thursday, November 3, 2016 1:18 PM |
| **To:** | Melvin, Shavaka (USADC) (Shavaka.Melvin@usdoj.gov) |
| **Subject:** | FW: jose vaszques |
| **Attachments:** | jose vaszques.pdf |

TELETYPE FROM WILL CO SHERIFF

1

EXHIBIT 2

EXHIBIT 5

```
==========
Received: 2016-10-28 12:48:21        MSG-NBR:    MNE:

--NLETS--
NLETS Response # 902738958
AM.IL09900D5
09:48 10/28/2016 20084
09:48 10/28/2016 08918 DCMPD0000

TXT

(DCMPD0000,IL09900N3,IL09900D5)
MSG NR:AV31

WASHINGTON DC METRO PD

ATTENTION: WARRANT/ FUGITIVE SQUAD

REFERENCE VASQUEZ, JOSE B/M  PLEASE RELEASE ANY
HOLDS YOU HAVE ON HIM FOR COUNTY, THE PERSON
YOUR HOLDING IS NOT THE SAME PERSON WE ARE
LOOKING FOR  / THANKYOU

WILL CO SO  AUTH:SGT ROJEK
1148 CDT   JT
--END--
```