SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Special Proceedings Branch

| | |
|---|---|
| THE UNITED STATES OF AMERICA | Docket No. 2016 FUG 17411 |
| v. | Chief Judge Robert E. Morin |
| JOSE T. VASQUEZ | Hearing Date: November 4, 2016 |
| PDID: 444-776 | |

## GOVERNMENT'S MOTION TO DISMISS

The United States of America, appearing by and through its attorney, the United States Attorney for the District of Columbia, respectfully asks that this fugitive matter be dismissed. Prosecuting authorities in Joliet, Illinois confirmed that the defendant is not the wanted person and declined to extradite the defendant from Washington, DC.

WHEREFORE, the United States respectfully asks that this fugitive matter be dismissed without prejudice. A proposed order is attached.

Respectfully Submitted,

CHANNING D. PHILLIPS
United States Attorney

by *(signature)* Robert C. Little
Assistant United States Attorney

EXHIBIT 3

EXHIBIT K