## CCN #17035590 – PUBLIC INCIDENT REPORT

| REPORT DATE / TIME | DISTRICT / PSA | EVENT START DATE / TIME - EVENT END DATE / TIME | INCIDENT STATISTICS |
|---|---|---|---|
| Mar 03, 2017 11:45 | Second District / 207 | Mar 03, 2017 09:22 - Mar 03, 2017 10:53 | |

| RESPONDING OFFICER | WEATHER |
|---|---|
| JOSEPH SANFORD (#U12106) – US Secret Service | Clear |

**ASSISTING OFFICER (ASSIST TYPE)**
ROBERT ROSS (#U08079) (Assisting Officer), WILLIAM WRIGHT (#U08474) (Assisting Officer)

| TELETYPE DATE / TIME | TELETYPE # | WHO NOTIFIED TELETYPE | SHOTS FIRED | SHOTS EFFECT |
|---|---|---|---|---|
| Mar 03, 2017 11:58 | | Sanford | ☐ YES ■ NO | ☐ YES ■ NO |

## REPORTING PERSON

**NAME**
R-1 Joseph Sanford

## OFFENSE #1 – 17035590

| OFFENSE | OFFENSE COMPLETION |
|---|---|
| Fugitive From Justice (23DC701) | ■ COMPLETED ☐ ATTEMPTED |

**OFFENSE CASE STATUS**
Cleared By Arrest (Mar 03, 2017)

**OFFENSE LOCATION**
AMERICAN SOCIETY OF ASSOCIATION EXECUTIVES (ASAE) / ASAE, 1575 I STREET NW, WASHINGTON, DC 20005   **Type:** Highway/ Road/ Alley/ Street/ Sidewalk   **Public/Private:** Public   **PSA:** 207   **District:** Second District

| LOCATION TYPE | POSITION (BEHIND, FRONT, INSIDE, SIDE) |
|---|---|
| Highway/ Road/ Alley/ Street/ Sidewalk | |

**LOCATION DESCRIPTION**

| AGGRAVATED ASSAULT FACTORS/HOMICIDE FACTORS | OFFENSE PROPERTIES |
|---|---|
| | |

**HATE BIAS/MOTIVIATION**

**WEAPON/FORCE INVOLVED**

| CRIMINAL ACTIVITIES | MODUS OPERANDI |
|---|---|
| | |

| FORCED ENTRY | # OF PREMISES | SECURITY SYSTEM | CARGO THEFT |
|---|---|---|---|
| ☐ YES ☐ NO | | | ☐ YES ☐ NO |

| NEGLIGENT MANSLAUGHTER CIRCUMSTANCE | BUILDING INHABITED (ARSON) |
|---|---|
| | |

## OFFENSE #2 – 17035590

| OFFENSE | OFFENSE COMPLETION |
|---|---|
| Resisting Arrest (22DC405.01) | ■ COMPLETED ☐ ATTEMPTED |

**OFFENSE CASE STATUS**
Open

**OFFENSE LOCATION**
AMERICAN SOCIETY OF ASSOCIATION EXECUTIVES (ASAE) / ASAE, 1575 I STREET NW, WASHINGTON, DC 20005   **Type:** Highway/ Road/ Alley/ Street/ Sidewalk   **Public/Private:** Public   **PSA:** 207   **District:** Second District

| LOCATION TYPE | POSITION (BEHIND, FRONT, INSIDE, SIDE) |
|---|---|
| Highway/ Road/ Alley/ Street/ Sidewalk | |

**LOCATION DESCRIPTION**

| AGGRAVATED ASSAULT FACTORS/HOMICIDE FACTORS | OFFENSE PROPERTIES |
|---|---|
| | |

**HATE BIAS/MOTIVIATION**

**WEAPON/FORCE INVOLVED**

Printed by MICHAEL SCOTT (#1810) – Cobalt Data Form v1.0 Generated at 02/20/2018 09:55
Vasquez_DC_000093
Pg. 1 of 2
Vasquez v. DC, et al - 000093

| CRIMINAL ACTIVITIES | | | MODUS OPERANDI | |
|---|---|---|---|---|
| FORCED ENTRY ☐ YES ☐ NO | # OF PREMISES | SECURITY SYSTEM | | CARGO THEFT ☐ YES ☐ NO |
| NEGLIGENT MANSLAUGHTER CIRCUMSTANCE | | | | BUILDING INHABITED (ARSON) |

## PROPERTY & ITEMS

### CCN #17035590 – PUBLIC NARRATIVE

Event occurred on Friday, March 3, 2017, at approximately 0910 hours in front of 1575 I Street NW.

AO while on patrol operating a marked U.S. Secret Service police cruiser observed a white Toyota Corolla driving northbound on 15th Street NW with a non-working driver's side brake light. The vehicle turned westbound onto I Street NW and AO initiated a traffic stop in front of 1575 I Street NW. AO approached and identified D1 by Maryland driver's license. AO requested a permit and name check from the Joint Operations Center which came back with a valid permit status but felony warrant out of Illinois. AO ordered D1 from the vehicle and attempted to arrest D1. D1 was not obeying police commands when AAO1 assisted D1 to the ground. The Joint Operations Center confirmed the warrant out of Will County, Illinois. The Will County Sheriff's Department provided a photograph which matched D1. D1 was placed under arrest for "Fugitive From Justice".

AO requested D.C. Fire to evaluate D1. D1 complained of neck and shoulder pain. EMS #16 responded and transported D1 to G.W. Hospital.

D1 was transported to MPDC 2D at 1700 hours.

The vehicle was towed by A N A Towing #1 for safekeeping.

D1 had a dog in the vehicle which is being held by D.C. Animal Control.

D1 was issued NOI #275275722 for "No Stop Lights".