## Superior Court of the District of Columbia
### Criminal Division

USW NO.: 
OCA: W16Q7168
LU No.: 17

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

DEFENDANT NAME: VAZQUEZ, JOSE

CCR:

PDID: 448-775

| SEX: | RACE: | D.O.B: | HEIGHT: | WEIGHT: | EYES: | HAIR: | COMPLEXION: |
|---|---|---|---|---|---|---|---|
| MALE | W | [redacted] | 5'2" | 165 | BRO | | LGT |

DEFENDANT'S HOME ADDRESS [redacted]

TELEPHONE NUMBER:

DEFENDANT'S BUSINESS ADDRESS

TELEPHONE NUMBER:

COMPLAINANT'S NAME:
METROPOLITAN POLICE DEPARTMENT FUGITIVE UNIT

LOCATION OF OFFENSE: STATE OF ILLINOIS

DATE OF OFFENSE: 06/21/2005

TIME OF OFFENSE: UNKNOWN

GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:

The METROPOLITAN POLICE DEPARTMENT FUGITIVE UNIT received an NCIC Hit indicating that the Defendant VAZQUEZ, JOSE has an outstanding arrest warrant (OCA:W16Q7168) in the state of ILLINOIS. The warrant is charging the Defendant with FUGITIVE FROM JUSTICE - FAILURE TO APPEAR/HOMICIDE - WILLFUL KILL - NONFAMILY - WEAPON. The date of warrant is 06/21/2005. The Defendant is a Fugitive from the State of ILLINOIS.

On 03/04/2017 the warrant was verified by OFFICER LEROY ROLLINS of the METROPOLITAN POLICE DEPARTMENT FUGITIVE UNIT, through NCIC/WALES check, advising that the warrant is active and they will extradite.

The Defendant was arrested in the District of Columbia on 03/03/2017. The case will be presented to the USAO for review on 03/04/2017.

TO: WARRANT CLERK

PLEASE ISSUE A WARRANT FOR:

VAZQUEZ, JOSE

CHARGED WITH: FUGITIVE FROM JUSTICE

*[signature]*

ASSISTANT UNITED STATES ATTORNEY

AFFIANT'S SIGNATURE: *[signature]*

SUBSCRIBED AND SWORN TO BEFORE ME THIS 4TH day of March 2017

*[signature]*

(JUDGE)(DEPUTY CLERK)
Superior Court of the District of Columbia

EXHIBIT ___

Vasquez_DC_000056

Vasquez v. DC, et al - 000056