

Deposition of:

# Officer Leroy Rollins

*August 11, 2020*

In the Matter of:

# Vasquez, Jose T. v. District of Columbia, et al

Veritext Legal Solutions
800-734-5292 | calendar-dmv@veritext.com |

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------:
JOSE T. VASQUEZ                 :
                                :
        Plaintiff               :
                                :
   vs.                          : Case No.:
                                : 1:17-cv-02194-APM
DISTRICT OF COLUMBIA, et al.    :
                                :
        Defendants              :
-------------------------------:

REMOTE DEPOSITION OF OFFICER LEROY ROLLINS

DATE:          Tuesday, August 11, 2020
TIME:          10:53 a.m.
LOCATION:      Washington, D.C.
REPORTED BY:   Shari R. Broussard, RPR, CSR
               Reporter, Notary

Capital Reporting Company
1250 Eye Street, NW, Suite 350
Washington, D.C. 20005

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

1      A     It's an affidavit that I filled out on
2    March 4th in reference to Jose Vasquez.
3      Q     Okay.  And it says in the second
4    paragraph that "On March $" -- that's a typo.  It
5    should be March 4, correct?
6      A     That's correct.
7      Q     "On March 4th, 2017, the warrant was
8    also verified by Officer Leroy Rollins of the
9    Metropolitan Police Department Fugitive Unit, as
10   well as a teletype message from the Will County
11   Sheriff Office, advising that the warrant is
12   active, and the State of Illinois will extradite
13   the defendant.
14           Did I read that correctly?
15     A     Yes, you did.
16     Q     Did you write that?
17     A     Yes, I did.
18     Q     What did you do to verify that the Jose
19   Vasquez who was in custody in Washington, D.C.,
20   was in fact the person wanted by the Will County
21   Sheriff's Office?
22     A     I reviewed the NCIC printout and I also

Page 7

1    sent a hit confirmation to the Will County
2    Sheriff's Office.
3         Q    Okay.  What is a hit confirmation?
4         A    It's a form that we use to send out
5    information to other jurisdictions basically for
6    police-related information.  It's sent out through
7    the teletype office -- the Metropolitan Police
8    Department teletype office.
9         Q    Okay.  And I will get back to that in
10   just a moment, but I'm going to try to pull up
11   another document.
12             All right.  Officer Cole (sic), do you
13   recognize the document that is now on the screen?
14   And, again, I can make it larger or smaller for
15   you.
16        A    That's fine.  I'm Officer Rollins.
17        Q    Oh, I'm sorry, Officer Rollins.  My
18   apologies.
19             Do you recognize this document, Officer
20   Rollins?
21        A    Yes, I do.  It's a complaint form.
22        Q    All right.  And is this something that