Monday March 6th 2017
Welcome to MyJUSTIS, Pennington Derek

**2017 FUG 003780   United States Vs. VAZQUEZ, T JOSE**

### SEARCH CRITERIA

Docket Entry: [          ]  LOOKUP          Begin Date: [          ] (mm/dd/yyyy)
                                            End Date:   [          ] (mm/dd/yyyy)

SEARCH   CLEAR

### SEARCH RESULTS

View all dockets

| Docket Date | Docket Code | Description | Amount Owed | Amount Paid | Docket Images |
|---|---|---|---|---|---|
| 03/04/2017 | CRMNL - Case Disposed - Nolle Prosequi | Case Disposed - Nolle Prosequi | $0.00 | $0.00 | |
| 03/04/2017 | CRMNL - Case Disposed - Nolle Prosequi | Case Disposed - Nolle Prosequi | $0.00 | $0.00 | |
| 03/04/2017 | DSCRM - Charge Disposed - Dismissed | Charge Disposed - Dismissed | $0.00 | $0.00 | |
| 03/04/2017 | CRMER - Event Resulted - Release Status. | Event Resulted - Release Status: PR-PSA The following event: Arraignment scheduled for 03/04/2017 at 1:00 pm has been resulted as follows: Gov. Request to Dismiss FUG Case Result: CASE DISMISSED/Def Pervious FUG Case was Dismissed on Nov 3, 2016 in 16FUG17411 Hearing Held Judge: CANAN, RUSSELL F Location: Courtroom C-10 JOSE T VAZQUEZ (Defendant (Criminal)); , Mr THOMAS D ENGLE (Attorney) on behalf of JOSE T VAZQUEZ (Defendant (Criminal)); Judge RUSSELL F CANAN on behalf of JOSE T VAZQUEZ (Defendant (Criminal)); , Mr THOMAS D ENGLE (Attorney) on behalf of JOSE T VAZQUEZ (Defendant (Criminal)); Judge RUSSELL F CANAN on behalf of Judge | $0.00 | $0.00 | |
| 03/04/2017 | AEACRM - Attorney Appointed/Dismissed | Attorney Appointed Per Judge Attorney ENGLE, Mr THOMAS D representing Defendant (Criminal) VAZQUEZ, JOSE T as of 03/04/2017 JOSE T VAZQUEZ (Defendant (Criminal)), ILLINOIS (Demanding Authority); , Mr THOMAS D ENGLE (Attorney) on behalf of JOSE T VAZQUEZ (Defendant (Criminal)) | $0.00 | $0.00 | |
| 03/04/2017 | PRANOTCRM - Praecipe Not Submitted by Attorney | vacate | $0.00 | $0.00 | |
| 03/04/2017 | CJAELICRM - CJA Eligibility | CJA Eligibility | $0.00 | $0.00 | |
| 03/04/2017 | ESCRM - Event Scheduled | Event Scheduled Event: Arraignment Date: 03/04/2017 Time: 1:00 pm Judge: COURTROOM C-10 Location: Courtroom C-10 | $0.00 | $0.00 | |
| 03/04/2017 | PWAIVCRM - Proposed Extradition Waiver | Proposed Extradition Waiver | $0.00 | $0.00 | |
| 03/04/2017 | GERCRM - Gerstein Affidavit Filed | Gerstein Affidavit Filed | $0.00 | $0.00 | |

< Prev  Next >

JUSTICE INFORMATION SYSTEM FOR THE DISTRICT OF COLUMBIA                       CLICK HERE TO PROVIDE FEEDBACK

Content Provided by



Email JUSTIS Help Desk or Call JUSTIS Help Desk (202) 442 - 4967.

All information provided is for authorized JUSTIS users only. This information is provided in response to the JUSTIS user's request and is to be used exclusively by the requestor in the performance of their criminal justice responsibilities only. Secondary dissemination is strictly prohibited. Although the information may continue to be valid over a period of time it should be considered complete and accurate only on the date of response.
© 2009 Washington D.C. Justice Network. All rights reserved.

https://justis.mpdconline.com/jp4-inquiry-app/DCSC/DocketList.aspx