| Government | ☐ | JOSE T. VASQUEZ | | | | |
|---|---|---|---|---|---|---|
| Plaintiff | ☑ | VS. | | | Civil/Criminal No. | 17-cv-2194 (APM) |
| Defendant | ☐ | DISTRICT OF COLUMBIA, et al. | | | | |
| Joint | ☐ | | | | | |
| Court | ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| P3 | eAgent Report, March 3, 2017 | 5/10 | 5/10 | Officer Leroy Rollins | |
| P4 | My Justis Search Results (redacted), March 6, 2017 | 5/9 | 5/9 | Sgt. Craig Mack | |
| P5 | Email from Officer Ruben Agosto (MPD) to Sergeant Paul Rojek, October 28, 2016 at 8:25 a.m | 5/9 | 5/9 | Sgt. Craig Mack | |
| P6 | Teletype from Will County Requesting Holds Be Released, October 28, 2016 | 5/9 | 5/9 | Sgt. Craig Mack | |
| P16 | Affidavit in Support of an Arrest Warrant, dated March 4, 2017 | 5/9 | 5/9 | Sgt. Craig Mack | |
| D2 | Arrest Packet pertaining to Jose Vasquez *admitted subject to discussed limitations | 5/10 | 5/10 | Officer Leroy Rollins | |
| D9 | Rollins 12:21:09 Teletype to Will County, March 4, 2017 | 5/10 | 5/10 | Officer Leroy Rollins | |
| D10 | Rollins 13:10:26 Teletype to Will County, March 4, 2017 | 5/10 | 5/10 | Officer Leroy Rollins | |