| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

JOSE T. VASQUEZ

**VS.**

DISTRICT OF COLUMBIA, et al.

**Civil/Criminal No.** 17-cv-2194 (APM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2 | Arrest Packet, CCN #17035590, March 3, 2017 *Subject to limitations | 5/10 | 5/10 | Lisa White | |
| 4 | Offense Report, CCN #17035590, March 3, 2017 *with redactions | 5/10 | 5/10 | Lisa White | |
| 6 | eAgent Report: Will County NCIC Entry, OCA #W16Q7168, Date of Entry November 11, 2016, Printed March 4, 2017 | 5/10 | 5/10 | Officer Leroy Rollins | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |