UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE T. VASQUEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>COUNTY OF WILL, ILLINOIS, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:17-cv-02194-APM |

## ORDER

Upon consideration of Defendant District of Columbia's Renewed Motion for Judgment as a Matter of Law, any Opposition and Reply, and the entire record herein, it is hereby

**ORDERED** that Defendant's Motion is GRANTED; and it is further

**ORDERED** that Defendant District of Columbia is GRANTED judgment as a matter of law in this matter on Plaintiff's false imprisonment claim.

**SO ORDERED.**

Date: _____     _____
                                                        Amit P. Mehta
                                                        United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE T. VASQUEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>COUNTY OF WILL, ILLINOIS, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:17-cv-02194-APM |

**ORDER**

Upon consideration of Defendant District of Columbia's Motion for a New Trial, any Opposition and Reply, and the entire record herein, it is hereby

**ORDERED** that Defendant's Motion is GRANTED; and it is further

**ORDERED** that the jury verdict in this matter [121] is vacated, and it is further

**ORDERED** that Defendant District of Columbia is granted a new trial on liablilty and damages on Plaintiff's false imprisonment claim.

**SO ORDERED.**

Date: _____      _____
                                                            Amit P. Mehta
                                                            United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE T. VASQUEZ,<br><br>    *Plaintiff*,<br><br>v.<br><br>COUNTY OF WILL, ILLINOIS, *et al.*,<br><br>    *Defendants*. | Civil Action No. 1:17-cv-02194-APM |

**ORDER**

Upon consideration of Defendant District of Columbia's Motion for Remittitur, any Opposition and Reply, and the entire record herein, it is hereby

**ORDERED** that Defendant's Motion is GRANTED; and it is further

**ORDERED** that the Court reduces the jury's award of $100,000 [121] to _____; and it is further

**ORDERED** that Plaintiff shall have 14 days from the date of this order to notify the Court whether he accepts the Court's remittitur or whether he demands a new trial on the issue of damages.

**SO ORDERED.**

Date: _____         _____
                                                                   Amit P. Mehta
                                                                   United States District Judge