**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JOSE T. VASQUEZ,

      *Plaintiff*,

   v.

COUNTY OF WILL, ILLINOIS, *et al.*,

      *Defendants.*

Civil Action No. 1:17-cv-02194-APM

**EXHIBIT A**

```
Received: 2016-10-28 12:48:21      MSG-NBR:   MNE:

--NLETS--
NLETS Response # 902738958
AM.IL09900D5
09:48 10/28/2016 20084
09:48 10/28/2016 08918 DCMPD0000

TXT

(DCMPD0000,IL09900N3,IL09900D5)
MSG NR:AV31

WASHINGTON DC METRO PD

ATTENTION: WARRANT/ FUGITIVE SQUAD

REFERENCE VASQUEZ, JOSE B/M  PLEASE RELEASE ANY
HOLDS YOU HAVE ON HIM FOR COUNTY, THE PERSON
YOUR HOLDING IS NOT THE SAME PERSON WE ARE
LOOKING FOR  / THANKYOU

WILL CO SO  AUTH:SGT ROJEK
1148 CDT   JT
--END--
```

Vasquez_DC_000105

Vasquez v. DC, et al - 000105

PLAINTIFF'S
EXHIBIT

**6**