UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE T. VASQUEZ,<br><br>  *Plaintiff*,<br><br>v.<br><br>COUNTY OF WILL, ILLINOIS, *et al.*,<br><br>  *Defendants*. | Civil Action No. 1:17-cv-02194-APM |

## **EXHIBIT B**

CCN #17035590 — Arrest Packets - 491707679                              Metropolitan Police Department

# Arrest #491707679 – D-1 JOSE TIMOTEO VASQUEZ

## CAUTIONS:

| ARRESTING OFFICER | ARREST DATE/TIME | ARRESTING ORGANIZATION |
|---|---|---|
| JOSEPH SANFORD (#U12106) | Mar 03, 2017 10:53 | US Secret Service (White House) |

**ASSISTING OFFICERS (ASSIST TYPE)**
WILLIAM WRIGHT (#U08474) (Assisting Officer), ROBERT ROSS (#U08079) (Assisting Officer)

| ADVISED OF RIGHTS (OFFICER, DATE/TIME, PLACE) | PHONE CALL MADE / NUMBER CALLED | SPECIAL OPERATIONS |
|---|---|---|
|  | ☐ YES ☐ NO |  |

## DEFENDANT

| NAME (LAST, FIRST MIDDLE) | TRUE NAME |
|---|---|
| VASQUEZ, JOSE TIMOTEO | JOSE T VAZQUEZ |

| NICKNAMES | DATE OF BIRTH / AGE RANGE | PDID # | SSN # |
|---|---|---|---|
|  | [redacted] | [redacted] | [redacted] |

| SEX | RACE / ETHNICITY | PHONE | EMAIL |
|---|---|---|---|
| Male | White Hispanic Or Latino | [redacted] |  |

**HOME ADDRESS (INCLUDE ROOM/APT #)**
6520 ROSALIE LN, RIVERDALE, MD 20737   Type: Residence/ Home   Public/Private: Private

| DEFENDANT ARMED W/ | MILITARY SERVICE (BRANCH, START-END) | | |
|---|---|---|---|

| DEFENDANT IS A JUVENILE / YOUTH DIVISION # | NEEDS INTERPRETER / LANGUAGES SPOKEN | HEIGHT | WEIGHT | EYES |
|---|---|---|---|---|
| ☐ YES ■ NO | ☐ YES ■ NO | 5 ft 2 in | 165 lbs | Brown |

| CODEFENDANTS | HAIR | SKIN TONE |
|---|---|---|
|  |  | Light |

| DEFENDANT'S REMARKS | CLOTHING (HAT, JACKET, PANTS, COAT/SUIT, SHIRT/BLOUSE, SKIRT/DRESS) |
|---|---|
| None |  |

**WALES / NCIC CHECK #**

## ARREST LOCATION

**ADDRESS (INCLUDE ROOM/APT #)**
AMERICAN SOCIETY OF ASSOCIATION EXECUTIVES (ASAE) / ASAE, 1575 I STREET NW, WASHINGTON, DC 20005   Type: Highway/ Road/ Alley/ Street/ Sidewalk   Public/Private: Public   PSA: 207   District: Second District   Description: 1575 I St NW

| POSITION (BEHIND, FRONT, INSIDE, SIDE, ETC.) | DESCRIPTION OF ARREST LOCATION |
|---|---|
|  | 1575 I St NW |

## CHARGES

| COURT DATE / TIME & ROOM NUMBER | ARREST TYPE | NOI # | TITLE 16 |
|---|---|---|---|
| Mar 04, 2017 19:31 | Custodial | 275275722 | ☐ YES ☐ NO |

| LOCKUP # | LOCKUP LOCATION | LOCKUP DATE |
|---|---|---|
| 17 | USSS | Mar 03, 2017 |

| CHARGE-1 | CCN # |
|---|---|
| Fugitive From Justice (23DC701) | 17035590 |

| WARRANT NUMBER-1 | WARRANT DESCRIPTION | EXTERNAL JURISDICTION |
|---|---|---|
| W16Q7168 | Confirmed warrant | ■ YES ☐ NO |

| DISPOSITION | DISPOSITION DATE | RECEIPT # | AMOUNT PAID ($) |
|---|---|---|---|
| ☐ CITATION ☐ BOND ☐ COLLATERAL ■ LOCKUP  ☐ POST & FORFEIT | Mar 03, 2017 19:31 |  |  |
|  | JUVENILE DISPOSITION | JUVENILE DISPOSITION DATE |  |

## STATEMENT OF FACTS

Event occurred on Friday, March 3, 2017, at approximately 0910 hours in front of 1575 I Street NW.

**DEFENDANT'S EXHIBIT 2**

AO (J. Sanford #1807) while on patrol operating a marked U.S. Secret Service police cruiser observed a white Toyota Corolla (MD 18X1195) driving northbound on 15th Street NW with a non-working driver's side brake light. The vehicle turned westbound onto I Street NW and AO initiated a traffic stop in front of 1575 I Street NW. AO approached and identified D1 (Jose Timoteo Vasquez, DOB [redacted] SSN [redacted] 6520 Rosalie Ln, Riverdale, MD) by Maryland driver's license (V220-440-793-663). AO requested a permit and name check from the Joint Operations Center which came back with a valid permit status but felony warrant out of Illinois. AO ordered D1 from the vehicle and attempted to arrest D1. D1 was not obeying police commands when AAO1 (R.J. Ross #S015) assisted D1 to the ground. The Joint Operations Center confirmed the warrant out of Will County, Illinois (W16Q7168 issued 06/21/2005). The Will County Sheriff's Department provided a photograph which matched D1. D1 was placed under arrest for " Fugitive From Justice".

AO requested D.C. Fire to evaluate D1. D1 complained of neck and shoulder pain. EMS #16 responded and transported D1 to G.W. Hospital.

D1 was transported to MPDC 2D for processing at 1700 hours.

The vehicle was towed by A N A Towing #1 to 1913 Bladensburg Road NE for safekeeping.

D1 had a dog in the vehicle which is being held by D.C. Animal Control (case number C04259912, Officer Heck, badge #3) at 1201 New York Avenue NE.

D1 was issued NOI #275275722 for "No Stop Lights".

## PROPERTY & ITEMS

| STATUS / REASON FOR CUSTODY | DESCRIPTION | QTY | DECLARED / FORFEITURE VALUE |
|---|---|---|---|
| None | TOYOTA COROLLA | 1 | |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| JOSEPH SANFORD (#U12106)   03/03/2017 (e-signature) | MATTHEW SNOW (#U08580)   03/03/2017 (e-signature) |
| PRINT NAME | PRINT NAME |
| JOSEPH SANFORD (#U12106) | MATTHEW SNOW (#U08580) |