UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE T. VASQUEZ,<br><br>    *Plaintiff*,<br><br>v.<br><br>COUNTY OF WILL, ILLINOIS, *et al.*,<br><br>    *Defendants*. | Civil Action No. 1:17-cv-02194-APM |

**EXHIBIT C**

# CCN #17035590 – OFFENSE REPORT

| | | | |
|---|---|---|---|
| REPORT DATE / TIME<br>Mar 03, 2017 11:45 | DISTRICT / PSA<br>Second District / 207 | EVENT START DATE / TIME - EVENT END DATE / TIME<br>Mar 03, 2017 09:22 - Mar 03, 2017 10:53 | INCIDENT STATISTICS |
| RESPONDING OFFICER<br>JOSEPH SANFORD (#U12106) – US Secret Service | | WEATHER<br>Clear | |

ASSISTING OFFICER (ASSIST TYPE)
ROBERT ROSS (#U08079) (Assisting Officer), WILLIAM WRIGHT (#U08474) (Assisting Officer)

| TELETYPE DATE / TIME | TELETYPE # | WHO NOTIFIED TELETYPE | SHOTS FIRED | SHOTS EFFECT |
|---|---|---|---|---|
| Mar 03, 2017 11:58 | | Sanford | ☐ YES ■ NO | ☐ YES ■ NO |

## REPORTING PERSON

| NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE | | |
|---|---|---|---|
| R-1 Sanford, Joseph | ███ | | |
| SEX | RACE / ETHNICITY | PHONE | EMAIL |
| Male | White | | |

HOME ADDRESS

## OFFENSE #1 – 17035590

| OFFENSE | OFFENSE COMPLETION |
|---|---|
| Fugitive From Justice (23DC701) | ■ COMPLETED ☐ ATTEMPTED |

OFFENSE CASE STATUS
Cleared By Arrest (Mar 03, 2017)

OFFENSE LOCATION
AMERICAN SOCIETY OF ASSOCIATION EXECUTIVES (ASAE) / ASAE, 1575 I STREET NW, WASHINGTON, DC 20005   Type: Highway/ Road/ Alley/ Street/ Sidewalk   Public/Private: Public   PSA: 207   District: Second District

| LOCATION TYPE | POSITION (BEHIND, FRONT, INSIDE, SIDE) |
|---|---|
| Highway/ Road/ Alley/ Street/ Sidewalk | |

LOCATION DESCRIPTION

| AGGRAVATED ASSAULT FACTORS/HOMICIDE FACTORS | OFFENSE PROPERTIES |
|---|---|
| HATE BIAS/MOTIVATION | |
| WEAPON/FORCE INVOLVED | GANG INFORMATION |
| CRIMINAL ACTIVITIES | MODUS OPERANDI |

| FORCED ENTRY | # OF PREMISES | SECURITY SYSTEM | CARGO THEFT |
|---|---|---|---|
| ☐ YES ☐ NO | | | ☐ YES ☐ NO |
| NEGLIGENT MANSLAUGHTER CIRCUMSTANCE | | | BUILDING INHABITED (ARSON) |

## SUSPECTS

| SUSPECT NAME-1 (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE | SEARCH WAS PERFORMED | STATEMENT TAKEN |
|---|---|---|---|
| S-1 VASQUEZ, JOSE TIMOTEO | ███ | ☐ YES ■ NO | ☐ YES ■ NO |
| SEX | RACE / ETHNICITY | HEIGHT / WEIGHT | EYES |
| Male | White / Hispanic Or Latino | 5 ft 2 in / 165 lbs | Brown |
| CLOTHING (HAT, JACKET, PANTS, COAT/SUIT, SHIRT/BLOUSE, SKIRT/DRESS) | | HAIR | SKIN TONE<br>Light |
| | | SUSPECTED OF:<br>☐ CONSUMING ALCOHOL  ☐ USING DRUGS | |
| DESCRIPTION/IDENTIFYING MARKS | | TICKET # / FINE AMOUNT | VENDOR # |

## VICTIMS

**DEFENDANT'S EXHIBIT 4**

| VICTIM NAME | ORGANIZATION TYPE | INDUSTRY | STATEMENT TAKEN |
|---|---|---|---|
| V-1 PUBLIC SOCIETY | Government | | ☐ YES ☒ NO |
| PHONE | EMAIL | | |
| ADDRESS | | | |

## WITNESSES

## OFFENSE #2 – 17035590

| OFFENSE | | OFFENSE COMPLETION |
|---|---|---|
| Resisting Arrest (22DC405.01) | | ☒ COMPLETED ☐ ATTEMPTED |

**OFFENSE CASE STATUS**
Open

**OFFENSE LOCATION**
AMERICAN SOCIETY OF ASSOCIATION EXECUTIVES (ASAE) / ASAE, 1575 I STREET NW, WASHINGTON, DC 20005  **Type:** Highway/ Road/ Alley/ Street/ Sidewalk  **Public/Private:** Public  **PSA:** 207  **District:** Second District

| LOCATION TYPE | POSITION (BEHIND, FRONT, INSIDE, SIDE) |
|---|---|
| Highway/ Road/ Alley/ Street/ Sidewalk | |

**LOCATION DESCRIPTION**

| AGGRAVATED ASSAULT FACTORS/HOMICIDE FACTORS | OFFENSE PROPERTIES |
|---|---|
| HATE BIAS/MOTIVIATION | |
| WEAPON/FORCE INVOLVED | GANG INFORMATION |
| CRIMINAL ACTIVITIES | MODUS OPERANDI |

| FORCED ENTRY | # OF PREMISES | SECURITY SYSTEM | CARGO THEFT |
|---|---|---|---|
| ☐ YES ☐ NO | | | ☐ YES ☐ NO |
| NEGLIGENT MANSLAUGHTER CIRCUMSTANCE | | | BUILDING INHABITED (ARSON) |

## SUSPECTS

| SUSPECT NAME-1 (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE | SEARCH WAS PERFORMED | STATEMENT TAKEN |
|---|---|---|---|
| S-1 VASQUEZ, JOSE TIMOTEO | | ☐ YES ☒ NO | ☐ YES ☒ NO |

| SEX | RACE / ETHNICITY | HEIGHT | WEIGHT | EYES |
|---|---|---|---|---|
| Male | White / Hispanic Or Latino | 5 ft 2 in | 165 lbs | Brown |

| CLOTHING (HAT, JACKET, PANTS, COAT/SUIT, SHIRT/BLOUSE, SKIRT/DRESS) | HAIR | SKIN TONE |
|---|---|---|
| | | Light |
| | SUSPECTED OF: ☐ CONSUMING ALCOHOL  ☐ USING DRUGS | |
| DESCRIPTION/IDENTIFYING MARKS | TICKET # / FINE AMOUNT | VENDOR # |

## VICTIMS

| VICTIM NAME | ORGANIZATION TYPE | INDUSTRY | STATEMENT TAKEN |
|---|---|---|---|
| V-1 PUBLIC SOCIETY | Government | | ☐ YES ☒ NO |
| PHONE | EMAIL | | |
| ADDRESS | | | |

## WITNESSES

## PROPERTY & ITEMS

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| JOSEPH SANFORD (#U12106)   03/03/2017 (e-signature) | MATTHEW SNOW (#U08580)   03/03/2017 (e-signature) |
| PRINT NAME | PRINT NAME |
| JOSEPH SANFORD (#U12106) | MATTHEW SNOW (#U08580) |

## Medical Addendum

| CCN # | | | |
|---|---|---|---|
| 17035590 | | | |
| INJURED PERSON NAME (LAST, FIRST MIDDLE) | | DATE OF BIRTH / AGE RANGE | |
| Sanford, Joseph | | | |
| INJURY LOCATION-1 | INJURY TYPE | INJURY DESCRIPTION | |
| Head | Discomfort | | |
| MEDICAL TREATMENT STATUS | TRANSPORTED BY | | AMBULANCE # |
| Hospital Released | | | |
| MEDICAL FACILITY | ATTENDING PHYSICIAN(S) (NAME AND ID#) | | |
| GW Hospital | | | |

## CCN #17035590 – PUBLIC NARRATIVE

Event occurred on Friday, March 3, 2017, at approximately 0910 hours in front of 1575 I Street NW.

AO while on patrol operating a marked U.S. Secret Service police cruiser observed a white Toyota Corolla driving northbound on 15th Street NW with a non-working driver's side brake light. The vehicle turned westbound onto I Street NW and AO initiated a traffic stop in front of 1575 I Street NW. AO approached and identified D1 by Maryland driver's license. AO requested a permit and name check from the Joint Operations Center which came back with a valid permit status but felony warrant out of Illinois. AO ordered D1 from the vehicle and attempted to arrest D1. D1 was not obeying police commands when AAO1 assisted D1 to the ground. The Joint Operations Center confirmed the warrant out of Will County, Illinois. The Will County Sheriff's Department provided a photograph which matched D1. D1 was placed under arrest for "Fugitive From Justice".

AO requested D.C. Fire to evaluate D1. D1 complained of neck and shoulder pain. EMS #16 responded and transported D1 to G.W. Hospital.

D1 was transported to MPDC 2D at 1700 hours.

The vehicle was towed by A N A Towing #1 for safekeeping.

D1 had a dog in the vehicle which is being held by D.C. Animal Control.

D1 was issued NOI #275275722 for "No Stop Lights".

## CCN #17035590 – INTERNAL NARRATIVE

Case closed by arrest.

Jose Timoteo Vasquez, DOB ███  SSN ███  6520 Rosalie Ln, Riverdale, MD; Maryland driver's license ███

Warrant out of Will County, Illinois (W16Q7168 issued 06/21/2005)

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| JOSEPH SANFORD (#U12106)  03/03/2017 (e-signature) | MATTHEW SNOW (#U08580)  03/03/2017 (e-signature) |
| PRINT NAME | PRINT NAME |
| JOSEPH SANFORD (#U12106) | MATTHEW SNOW (#U08580) |

## APPROVAL HISTORY

Report Submitted by JOSEPH SANFORD (#U12106)
Mar 03, 2017 17:13

Report Completed by MATTHEW SNOW (#U08580)
Mar 03, 2017 17:15

## 17035590 – Relationships Addendum

| NAME | RELATIONSHIP | SUBJECT |
|---|---|---|
| Joseph Sanford | Stranger Of | JOSE TIMOTEO VASQUEZ |

## CCN #17035590 Report Attachments

## Officer Joseph Sanford



**Joseph Sanford**
TRUE NAME

DATE OF BIRTH / AGE RANGE     PDID # / FBI #          CAUTIONS

## PROFILE INFO

| | | | |
|---|---|---|---|
| BIRTH INFO | | EMAIL | |
| SEX | Male | PHONES | |
| RACE / ETHNICITY | White | ADDRESS (HOME) | |
| MAIDEN NAME | | ADDRESS (WORK) | SECRET SERVICE / US SECRET SERVICE, 950 H STREET NW, WASHINGTON, DC 20223<br>PSA: 101<br>District: First District<br>Private<br>Government/ Public Building |
| NEEDS INTERPRETER | | | |
| LANGUAGES SPOKEN | | | |
| MARITAL STATUS | | | |
| SSN # | | EMERGENCY CONTACT | |
| DRIVER'S LICENSE | | RESIDENT OF JURIS | |
| HEIGHT | 5 ft 7 in | MILITARY SERVICES | |
| WEIGHT | 150 lbs | EMPLOYMENT | |
| SKIN TONE | | CLOTHING | |
| EYES | | | |
| HAIR | | | |
| FACIAL HAIR | | | |
| VISION | | | |
| BUILD | | | |
| PHYSICAL CHAR. | | | |
| IDENTIFYING MARKS | | | |
| BEHAVIORAL CHAR. | | | |
| MOOD | | | |
| MODUS OPERANDI | | | |
| SKILLS | | | |
| PROBATION TYPE | | | |
| MISC. DESCRIPTION | | | |

# JOSE TIMOTEO VASQUEZ



**JOSE TIMOTEO VASQUEZ**

TRUE NAME
JOSE T VAZQUEZ

DATE OF BIRTH / AGE RANGE
Aug 25, 1957

PDID # / FBI #
DC444776

CAUTIONS

## PROFILE INFO

| | | | |
|---|---|---|---|
| BIRTH INFO | ███████████████ | EMAIL | |
| SEX | Male | PHONES | ███████████████ |
| RACE / ETHNICITY | White / Hispanic Or Latino | ADDRESS (HOME) | ███████████████ |
| MAIDEN NAME | | | |
| NEEDS INTERPRETER | | ADDRESS (WORK) | |
| LANGUAGES SPOKEN | | EMERGENCY CONTACT | |
| MARITAL STATUS | Not Disclosed | RESIDENT OF JURIS | No |
| SSN # | ███████████ | MILITARY SERVICES | |
| DRIVER'S LICENSE | ████████ Maryland Any Regular Or Standard Driver's License Issued For The Operation Of Automobiles And Light Trucks By States That Separate These Vehicles From Class "c". Other Class Designation Codes Such As "d", "r" And Others May Be Used By States To Indicate A Regular D Current/ Valid Other Non-commercial License Endorsements ( e.g.; Motorcycle, Etc.) | EMPLOYMENT | |
| | | CLOTHING | |
| NIC_NUMBER | ██████████ | | |
| HEIGHT | 5 ft 2 in | | |
| WEIGHT | 165 lbs | | |
| SKIN TONE | Light | | |
| EYES | Brown | | |
| HAIR | | | |
| FACIAL HAIR | | | |
| VISION | | | |
| BUILD | Stocky | | |
| PHYSICAL CHAR. | | | |
| IDENTIFYING MARKS | | | |
| BEHAVIORAL CHAR. | | | |
| MOOD | | | |
| MODUS OPERANDI | | | |
| SKILLS | | | |
| PROBATION TYPE | | | |
| MISC. DESCRIPTION | | | |

## PUBLIC SOCIETY

ORGANIZATION TYPE
Government
INDUSTRY

## PROFILE INFO

EMAIL

PHONES

MAILING ADDRESS

PHYSICAL ADDRESS

| ITEM CATEGORY | OWNER | DECLARED VALUE | FORFEITURE VALUE |
|---|---|---|---|
| Passenger Car/automobile | | | |
| DESCRIPTION | IMPOUNDED | ACCIDENT | |
| | VEHICLE SEARCH CONSENT | VEHICLE SEARCHED | |

## ITEM / PROPERTY INFO

| | | | |
|---|---|---|---|
| MAKE | TOYOTA | PROPERTY STATUS | OTHER None (03/03/2017) |
| MODEL | COROLLA | REASON FOR CUSTODY | |
| YEAR OF MANUFACTURE | 1997 | NCIC SEARCH # | |
| BODY STYLE | Hardtop, 4 Door | NCIC # | |
| COLOR | White | DATE RECOVERED | |
| HIN / VIN # | ███████ | RECOVERING OFC. | |
| TAG / REGISTRATION # | ███ | RECOVERING PERSON | |
| REGISTRATION YEAR | 2017 | RECOVERED ADDRESS | |
| REGISTRATION STATE | Maryland | OWNER | |
| REGISTRATION TYPE | | OWNER NOTIFIED | |
| # OF TIRES | | DATE THEFT NOTIFIED | |
| ANTIFREEZE IN VEH. | | NOTIFIER NAME | |
| RADIATOR TAGGED & DRAINED | | STORAGE FACILITY | |
| BIOHAZARD | | LOCATION | |
| | | INTAKE PERSON | |
| | | LOG BOOK # / PG. | / |
| | | LOGBOOK LOCATION | |
| | | CLAIMANT | |
| | | DATE CLAIMED | |
| | | STATEMENT OF FACTS | |

## CCN #17035590 – Report History

AUTHORS

JOSEPH SANFORD (#U12106)



Printed by [redacted] – Cobalt Data Form v1.0 Generated at 02/20/2018 09:55

Vasquez_DC_000090

Pg. 15 of 17

Vasquez v. DC, et al - 000090



**KYIWANDA BULLOCK (#BUL021)** changed **Arrest # 491707679**

Mar 03, 2017 20:00

LOCKUP NUMBER

Printed by ▮ — Cobalt Data Form v1.0 Generated at 02/20/2018 09:55

17

**Interface User (#INTERFACE)** added **m1.jpg** to **JOSE TIMOTEO VASQUEZ** as a(n) **Mugshot**
Mar 03, 2017 19:38

**LESLIE WARD (#WAR150)** changed **Arrest # 491707679**
Mar 03, 2017 19:32

- LOCKUP LOCATION     USSS
- DATE AND TIME OF CCB IN     Mar 03, 2017 19:32

**LESLIE WARD (#WAR150)** changed the link between **Offense: Fugitive From Justice** and **Arrest # 491707679**
Mar 03, 2017 19:32

- DISPOSITION DATE     Mar 03, 2017 19:31
- ARREST DISPOSITION     Lockup

**Interface User (#INTERFACE)** added **m1.jpg** to **JOSE TIMOTEO VASQUEZ** as a(n) **Mugshot**
Mar 03, 2017 19:20

**APPROVED by MATTHEW SNOW (#U08580)**
Mar 03, 2017 17:15

**MATTHEW SNOW (#U08580)** changed **Offense: Fugitive From Justice**
Mar 03, 2017 17:15

- CLOSURE STATUS CHANGE DATE     Mar 03, 2017 17:15
- OFFENSE STATUS     Cleared By Arrest

**JOSEPH SANFORD (#U12106)** submitted the report for approval
Mar 03, 2017 17:13