UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE T. VASQUEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>COUNTY OF WILL, ILLINOIS, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:17-cv-02194-APM |

**EXHIBIT D**

# eAgent Report

**SQARN** 2017-03-04 11:40:35
 DRI : DC
 MKE : SQARN
 LN : VASQUEZ
 MN : TIMOTEO
 SEX : M
 IMQ : Y
 DOB : ▮▮▮▮
 ORI : DCMPD00L0
 IND : Y
 FN : JOSE

**RESP NCIC(QWA)** 2017-03-04 11:40:36

```
1L010000000FN1U4IDC
DCMPD00L0


***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
MKE/WANTED PERSON - CAUTION
CMC/00 - ARMED AND DANGEROUS
EXL/1 - FULL EXTRADITION
ORI/IL09900N3 NAM/VASQUEZ,JOSE SEX/M RAC/U
DOB/▮▮▮▮ HGT/502 WGT/165 EYE/BRO HAI/BLK
SOC/▮▮▮▮
OLN/3889307 OLS/MD OLY/2016
OFF/FAILURE TO APPEAR - SEE MIS - BELOW
OOC/HOMICIDE - WILLFUL KILL-NONFAMILY-WEAPON
DOW/20050621 OCA/W16Q7168
MIS/ARMED DANGEROUS    FTA / HOMICIDE / OTX 815-740-5552 727-8575
DNA/N
ORI IS WILL CO SO JOLIET 815 727-8575
AKA/CERRATOES,JOSE
AKA/SERRATO,JOSE
AKA/SERROTOS,JOSE
AKA/VASQUEZ,CERDO
AKA/VASQUEZ,GUERO
AKA/VASQUEZ,JOSE   TIMOTEO
NIC/W217631832 DTE/20161116 1530 EST DLU/20161116 1546 EST
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI
```

**RESP dmv(DQ)** 2017-03-04 11:40:36

https://wales2web.mpdconline.com/eaweb/xaction/945709501/

Vasquez_DC_000153
3/4/2017

Vasquez v. DC, et al - 000153

```
WALES Response # 945709501
DR.DCMPD0000.DCMPD00L0.TXT.
PERMIT NOT ON FILE. NAM/VASQUEZ, JOSE TIMOTEO. DOB/19570825. SEX/M.


*** NOTICE ***
INFORMATION OBTAINED FROM WALES MAY BE USED FOR
CRIMINAL JUSTICE PURPOSES ONLY
```

**RESP hf(QWA) 2017-03-04 11:40:41**



https://wales2web.mpdconline.com/eaweb/xaction/945709501/

Vasquez_DC_000154
3/4/2017
Vasquez v. DC, et al - 000154

```
NAM: VAZQUEZ, JOSE T                         DOB:          RAC: W SEX: M
SID: DC444776                                HGT: 502 WGT: 140 LBS
FBI: 894188NA
EYES: GRY HAIR: BLK SKIN: LGT POB: EL
SINGLE SOURCE OFFENDER
GUNSTAT: NO                                  GUNOFF: NO
MVP: NO                                      SUMMER CRIME TARGET: NO
PDID CREATE DATE: 19911105
** SUPPLEMENTAL IDENTIFIERS **
SKN: MED
POB: DC
SSN:
******
ADULT ID RECORD
```



https://wales2web.mpdconline.com/eaweb/xaction/945709501/

Vasquez_DC_000155
3/4/2017

Vasquez v. DC, et al - 000155

```
NO WALES STATUS RECORD WAS FOUND BASED ON A SEARCH
OF THE FOLLOWING IDENTIFIERS:

NAM/VASQUEZ, JOSE TIMOTEO
SEX/M
DOB/19570825

******
```