UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE T. VASQUEZ,<br><br>  *Plaintiff*,<br><br>v.<br><br>COUNTY OF WILL, ILLINOIS, *et al.*,<br><br>  *Defendants*. | Civil Action No. 1:17-cv-02194-APM |

**<u>EXHIBIT E</u>**

```
===========
Sent: 2017-03-04 12:21:09
    MNE-HDR: mpdtel004
    MKE: YQ
    ORI: DCMPD0000
    ORI-KX: IL09900N3
    RTY: WP
    RNO: 1
    PRI: U
    OCA: W16Q7168
    NIC: W217631832
    LN: VASQUEZ
    FN: JOSE
    DOB: 19570825
    SEX: M
    RNA: ROLLINS, L
    RAG: MPD FUGITIVE UNIT
    PHO: 2027274279
    MIS-HIT: MSG C-080   THE MPD FUGITIVE UNIT REQUIRES A CONFIRMATION THAT YOUR
WARRANT IS STILL ACTIVE AND YOUR INTENTION TO EXTRADITE THIS DEFENDANT BACK TO
YOUR JURISDICTION.  PLEASE RETURN CONFIRMATION AND EXTRADITION INFORMATION TO
VIA TELETYPE AT ORI MPDC0000 OR FAX AT 202-727-4280
```

DEFENDANT'S
EXHIBIT

Vasq

9

Vasquez v. DC, et al - 000175