UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE T. VASQUEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>COUNTY OF WILL, ILLINOIS, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:17-cv-02194-APM |

**EXHIBIT J**



Vasquez_DC_000161
3/6/2017

Vasquez v. DC, et al - 000161

PLAINTIFF'S EXHIBIT 4

Results sorted by "Arrest Date" in **Descending**, "Arrest Time" in Descending order                          Displaying 1 - 6

| Arrest No. | PDID | Name | Charge Description | Arrest Date/Time |
|---|---|---|---|---|
| 191702629 | 444776 | VASQUEZ, JOSE TIMOTEO | FUGITIVE FROM JUSTICE | 03/03/2017 10:53 |
| 011622258 | 444776 | VASQUEZ, JOSE TIMOTEO | FUGITIVE FROM JUSTICE | 10/23/2016 23:00 |
| 030003549 | 444776 | VASQUEZ, JOSE TIMOTEO | | 07/25/2009 02:35 |
| 019107589 | 444776 | VAZQUEZ, JOES T | | 16:30 |
| 019107589 | 444776 | VAZQUEZ, JOES T | | 16:30 |
| 029106852 | 444776 | VAZQUEZ, JOSE T | | 01:38 |

## CASES AND CHARGES

6 Records Found - Information from DCSC

Results sorted by "Case File Date" in Descending order                    Displaying 1 - 6

| Case No/ Summary | Case File Date | Case Disposition/Sentence | Charge/Charge Disposition |
|---|---|---|---|
| 2017 FUG 003780 View Docket | 03/04/2017 | Dismissed-Nolle-Prosequi | Charge: Fugitive from Justice<br>Disposition: Dismissed 03/04/2017 |
| 2016 FUG 017411 View Docket | 10/24/2016 | Dismissed | Charge: Fugitive from Justice<br>Disposition: Dismissed 11/03/2016 |
| 2009 CTF 016157 View Docket | 07/25/2009 | Dismissed | |
| 2009 CTF 016157 View Docket | 07/25/2009 | Dismissed | |
| 1991 CMD 013726 View Docket | 11/19/1991 | Dismissed-Nolle-Prosequi | |
| 1991 CMD 013175 View Docket | 11/05/1991 | Closed-No Papered | |

## INCARCERATION INFORMATION (DOC)

Information from DOC

**Record Status:** INACTIVE

**Current Location:** RELEASED         **Institution:** 32 - CENTRAL DETENTION FACILITY (CDF)

**Release Type:** COURT ORDERED RELEASE - CDF    **Release Date:** 11/03/2016

In Custody Of: SELF                    Marshal No: N/A

SSN: [redacted]

Booking No: 2016-16329                 Number of Bookings: 1

Commitment Date: 10/24/2016            Parole Elig. Date: N/A

Short Term Date: N/A                   Full Term Date: N/A

Click here to view more

JUSTICE INFORMATION SYSTEM FOR THE DISTRICT OF COLUMBIA                    CLICK HERE TO PROVIDE FEEDBACK

Email JUSTIS Help Desk or Call JUSTIS Help Desk (202) 442-4967

https://justis.mpdconline.com/jp4-inquiry-app/myjustis/main.aspx

All information provided is for authorized JUSTIS users only. © 2009 Criminal Justice Coordinating Council of the District of Columbia. All rights reserved.